DARRELL MUHAMMAD EL
901944 WEST THUNDERBIRD ROAD UNIT W248
Phoenix ARIZONA STATE Republic [85023]

FILED
LODGED
RECEIVED
COPY

OCT 3 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CRE LATITUDE TICOWNER LLC
DBA LATITUDE APARTMENTS & CASITAS

Plaintiff / Petitioner

V

DARRELL MUHAMMAD EL

Defendant / Respondent          **CV23-02245-PHX-MTL**

CASE NO. CC 2023205346EA

NOTICE OF REMOVAL

A COPY OF the Notice has been Filed with the Clerk OF
Justice Court OF Moon Valley Justice court.

by: darrell-hanna: muhammad el, executor, master,
Beneficiary, heir

**EVIDENCE**

OCT 25 2023

914
SSA FIELD OFFICE

SOCIAL SECURITY ADMINISTRATION

## REPORT OF CONFIDENTIAL
## SOCIAL SECURITY BENEFIT INFORMATION

| SOCIAL SECURITY CLAIM NUMBER | BIC |
|---|---|
| 5 7 8 0 6 1 6 1 3 | |

Information about a person's Social Security Benefits is confidential by law. Except under certain circumstances specified by law and regulations, the Social Security Administration does not reveal such information to any person except the beneficiary involved, or his or her authorized representative.

Beneficiary's name and address :darrell -Ramon: muhammad el

c/o 1944 West Thunderbird Road Unit W348

Phoenix Arizona State Republic

[85023]

1. Name of person or agency from whom a request for benefit information was received.

☑ Beneficiary

☐ Other *(Show name and address)*

The person or agency named in item (1) above has requested information about your benefits. The information requested has been provided in the items checked (✓) below, and is being sent to you for your convenience. If you want the requesting agency (other than yourself) to have this information, you may show or send them this official report.

| 2. | ☐ The gross amount of your monthly Social Security benefit is | | | $ |
|---|---|---|---|---|
| | The amount deducted for Medicare is | | | $ |
| | The net amount of your Social Security check each month is | | | $ |
| 3. | ☐ The above amount became effective | | Month-Year | |
| 4. | ☐ Your monthly benefit (before deduction for Medicare) | From (month-year) | Through (month-year) | $ |
| 5. | ☐ The monthly amount of your Supplemental Security Income payment is | | | $ |
| 6. | ☐ The above amount became effective | | Month-Year | |
| 7. | ☐ The total monthly amount of your Social Security benefit and supplemental security income payment is | | | $ |
| 8. | ☑ According to our records your date of birth is | | Month-Day-Year ▬▬▬▬▬ | |
| 9. | ☐ We are unable, at this time, to tell you whether benefits may be payable in your case, because the processing of your claim for disability benefits has not been completed. If it is determined that benefits are payable, you will receive notification of the exact amount and effective date. | | | |
| 10. | ☐ Other | | | |

SS DISTRICT OFFICE ADDRESS
SOCIAL SECURITY
5907 W KINGS AVE
GLENDALE AZ 85306

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL

TI6

TELEPHONE NO. (Include Area Code)
(888) 886-72

DATE
10/25/2023

Form **SSA-2458** (02-1984) EF (07-2002)



GLENDALE, ARIZONA
OCT 25 2023
SSA FIL

**AFFIDAVIT**

I conditionally accept this case, upon proof of claim. There is not a violation under IRC Section 6334 (A) (9). I hereby claim and redeem the Bond, return it for offset, settlement and closure of the case, under the full faith and credit of the United States Title 7 U.S.C. 938.

I claim the bond for redemption and return for offset, settlement, and closure of the case.

by : *dallell  *name : *muhammad, Executor, master, Beneficiary, heir



State of Arizona County of Maricopa on this **24** day of October 2023, before me personally appeared **Darrell Muhammad El** (name of signer), whom I know personally, and ~~QM~~ OR PROVED to me on the basis of satisfactory evidence acknowledged that he executed the same.

(seal) _Arnett Morris, Notary Public_ Notary Public
ARNETTi MORRis, Notary Public

ARNETTI MORRIS
NOTARY PUBLIC · ARIZONA
Maricopa County
Commission # 642005
My Comm. Exp. March 7, 2027

| **Payment Bond** (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) 10/17/2023 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| DARRELL MUHAMMAD EL CRE LATITUDE TIC OWNER LLC 1944 W THUNDERBIRD RD, PHOENIX AZ 85023 | ☐Individual  ☐Partnership ☒Joint Venture ☐Corporation ☐Other (Specify) |

State Of Incorporation
D.C. REGISTRATION 65-22130

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond | | | |
|---|---|---|---|---|
| DARRELL RAMON NEWTON, ESTATE c/o: 1944 West Thunderbird Road Unit W248 Phoenix Arizona State Republic [85023] | Million(s) -2 | Thousand(s) 500 | Hundred(s) 000 | Cents 0 |
| | Contract Date 10/19/2023 | | Contract Number CC2023205346EA | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**Witness:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**Principal**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| Signature(s) | (Seal) | (Seal) | (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1.DARRELL M. EL | 2. | 3. | |

**Individual Surety(ies)**

| | 1. | | 2. | |
|---|---|---|---|---|
| Signature(s) | | (Seal) | | (Seal) |
| Name(s) (Typed) | 1.:newton, darrell-ramon, executor | | 2. | |

**Corporate Surety(ies)**

| Surety A | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 25A (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(c)

**Corporate Surety(ies) (Continued)**

| | | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety B** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety C** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety D** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety E** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety F** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| **Payment Bond** (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) 10/17/2023 | **OMB Control Number: 9000-0045 Expiration Date: 8/31/2025** |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| DARRELL MUHAMMAD EL CRE LATITUDE TIC OWNER LLC 1944 W THUNDERBIRD RD, PHOENIX AZ 85023 | ☐Individual  ☐Partnership  ☒Joint Venture ☐Corporation  ☐Other (Specify) |

| | State Of Incorporation D.C. REGISTRATION 65-22130 |
|---|---|

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond | | | |
|---|---|---|---|---|
| DARRELL RAMON NEWTON, ESTATE c/o: 1944 West Thunderbird Road Unit W248 Phoenix Arizona State Republic [85023] | Million(s) -0 | Thousand(s) -16 | Hundred(s) 500 | Cents 0 |
| | Contract Date 10/19/2023 | | Contract Number CC2023205346EA | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**Witness:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| **Principal** | | | | |
|---|---|---|---|---|
| Signature(s) | 1.                    (Seal) | 2.                    (Seal) | 3.                    (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. DARRELL M. EL | 2. | 3. | |

| **Individual Surety(ies)** | | | |
|---|---|---|---|
| Signature(s) | 1.                           (Seal) | 2.                           (Seal) | |
| Name(s) (Typed) | 1. :newton, darrell-ramon, executor | 2. | |

| **Corporate Surety(ies)** | | | |
|---|---|---|---|
| Surety A | Name & Address | | State Of Incorporation | Liability Limit $ |
| | Signature(s) 1. | | 2. | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | | 2. | |

**STANDARD FORM 25A (REV. 10/2023)** Prescribed by GSA-FAR (48 CFR) 53.228(c)

**Corporate Surety(ies) (Continued)**

| | | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety B** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety C** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety D** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety E** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety F** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

☐  CORRECTED (if checked)

| LENDER'S name,DBA, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no. | | OMB No. 1545-0877 (Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| darrell ramon newton<br>1944 West Thunderbird Road<br>#W248<br>Phoenix AZ 85023<br>US - Phone: 4803826124 | | **2022**<br>Form **1099-A** | **Copy B<br>For Borrower** |

| | | |
|---|---|---|
| | 1 Date of lender's acquisition or knowledge of abandonment<br><br>10/17/2023 | 2 Balance of principal outstanding<br><br>$ 16500.00 |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

| Account number (see instructions)<br><br>9654767654257954 |
|---|

| | 3 | 4 Fair market value of property<br><br>$ |
|---|---|---|

| BORROWER'S name, street address, city or town, state or province, country,  and ZIP or foreign postal code<br>AVANTI LATITUDE TIC OWNER LLC<br>1700 Broadway<br>Denver CO 80290<br>US |
|---|

| 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . . . . | ☑ |
|---|---|

| 6 Description of property<br><br>unit W248, lease agreement/security |
|---|

| LENDER'S TIN | BORROWER'S TIN |
|---|---|
| ▉▉▉▉▉▉ | |

Form **1099-A**    (Rev. 1-2022)          www.1099online.com - IRS Approved e File Provider

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know the property was abandoned.

**Box 3.** Reserved for future use

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure your taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a.*

**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐ CORRECTED (if checked)

| LENDER'S name,DBA, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no. | OMB No. 1545-0877 (Rev. January 2022) | Acquisition or Abandonment of Secured Property |
|---|---|---|
| darrell ramon newton<br>1944 West Thunderbird Road<br>#W248<br>Phoenix AZ 85023<br>US - Phone: 4803826124 | **2022**<br>Form **1099-A** | |

| | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | **Copy B**<br>**For Borrower** |
|---|---|---|---|
| Account number (see instructions)<br><br>9654767654257954 | 10/17/2023 | $ 2500000.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction that it has not been reported. |

| BORROWER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | 3 | 4 Fair market value of property | |
|---|---|---|---|
| MOON VALLY JUSTICE COURT<br>Clerk of Court<br>18380 N 40TH ST<br>PHOENIX AZ 85032<br>US | | $ | |
| | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . ☑ | | |
| | 6 Description of property<br><br>CC2023205346EA ACCOUNT NUMBER | | |

| LENDER'S TIN | BORROWER'S TIN |
|---|---|
| ▬▬▬ | |

Form **1099-A**    (Rev. 1-2022)    www.1099online.com - IRS Approved ● File Provider

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan , the date shown is generally the earlier of the date title was transferred to the lender

or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinay income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099a.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost

online federal tax preparation, e-filing, and direct deposit or payment options.

CERTIFIED COPY

CLERK OF THE SUPERIOR COURT
FILED
FEB 0 2 2023  2:35pm
S. Ortega, Deputy

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

In the Matter of:

Darrell  Muhammad El
_____
Name of Applicant

Case Number:  CV2022-054039
_____

## ORDER CHANGING NAME OF AN ADULT

## THE COURT FINDS:

**1.**     This case has come before this Court

☒ to change the current legal name of the Applicant.

☒ to change the birth record of the Applicant

**2.**     This Court has jurisdiction to change the legal name and/or the Birth Record of the Applicant.

**3.**     Good cause exists to grant the application for change of name.

## THE COURT ORDERS:

**1.**     ☒ The current legal name of the Applicant:

| DARRELL | RAMON | NEWTON |
|---------|-------|--------|
| First | Middle | Last |

Date of Birth: ██████  ██████  ██████
                Month      Day      Year

Place of Birth: Washington    District of Columbia
                 City            State            Nation

**IS CHANGED TO:**

| Darrell | Ramon | Muhammad El |
|---------|-------|-------------|
| First | Middle | Last |

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVNC81f-021716

Case No. _____
CV2022-054039

☒  **The Birth record name of the Applicant:**

| DARRELL | RAMON | NEWTON |
|---------|-------|--------|
| First | Middle | Last |

Date of Birth: ▓▓▓▓  ▓▓▓▓  ▓▓▓▓
Month        Day         Year

Place of Birth: Washington    District of Columbia
City             State          Nation

**IS CHANGED TO:**

| Darrell | Ramon | Muhammad El |
|---------|-------|-------------|
| First | Middle | Last |

2.  ☐ For a person born in the State of Arizona, the Office of Vital Records is ordered to amend the birth record to reflect the new name as above ordered.

☒ For a person born in any other state, to the extent that the agency that maintains birth records in that state is authorized to honor an order of this Court, that agency is requested or ordered to amend its birth records to reflect the new name as above ordered.

3.  This Order does not release the Applicant from any obligations incurred or harm any rights of property or action in any original name.

4.  Other orders: _____

DONE IN OPEN COURT 2/2/2023
Date

_____
Judicial Officer

Page 2 of 2

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVNC81f-021716

JEFF FINE
CLERK OF THE SUPERIOR COURT
MARICOPA COUNTY, ARIZONA
WWW.CLERKOFCOURT.MARICOPA.GOV

Loc: 0072001    OP# 07208

| Description | Qty | Amount |
| --- | --- | --- |
| CASE# CV2022-054039 | | |
| CERTIFICATIONS | 001 | 30.00 |
| COPIES | 002 | 1.00 |
| SUB TOTAL | | 31.00 |
| TOTAL AMOUNT DUE | | 31.00 |
| CREDIT (CC#8963()AUTH#047787) | | 31.00 |
| TOTAL PAID | | 31.00 |
| CHANGE | | 0.00 |

Date 03/06/2023 Time 10:21:57
Receipt# 29154634

El, Darrell Muhammad

Keep This Receipt For Your Records

| Taxpayer's SSN or FEIN | Taxpayer's Name |
|---|---|
| | **DARRELL R. NEWTON** |

▲ **Retention/revocation of prior power(s) of attorney** By filing this power of attorney form, you automatically revoke all earlier power(s) of attorney on file with the Office of Tax Revenue for the same tax matters and years or periods covered by this document.

If you do not want to revoke a prior power of attorney, check here: ▢

**You must attach a copy of any Power of Attorney you want to remain in effect.**

▲ **Signatures**
**Signature of taxpayer(s)** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer. If other than the taxpayer, print the name here and sign below.

| ▲ Your Signature | Date | Title *if other than individual* |
|---|---|---|
| *by: darrell~ramon: muhammed,* | 10/25/2023 | executor, master, beneficiary, heir |
| Spouse's signature if filing jointly | Date | Telephone number *if other than the taxpayer* |

**If not signed and dated, this power of attorney will be returned**

▲ **Declaration of Representative** *Representative(s) must complete this section and sign below.*

Under penalties of perjury, I declare that:

- As the authorized representative of the taxpayer(s) identified for the tax matter(s) specified herein; I am one of the following:
  a. A member in good standing of the bar of the highest court of the jurisdiction shown below.
  b. A Certified Public Accountant duly qualified to practice in the jurisdiction shown below.
  c. An Enrolled Agent under the requirements of Treasury Department Circular # 230.
  d. A bona fide officer of the taxpayer's organization.
  e. A full-time employee of the taxpayer, trust, receivership, guardian or estate.
  f. A member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  g. A general partner of a partnership.
  h. Student Attorney or CPA- receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an Low Income Taxpayer Clinic or Student Tax Clinic Program.
  i. Other

| ▲ Designation- Insert above letter (a-i) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| D | n/a | n/a | *by: darrell~ramon: muhammed* | 10/25/2023 |

If you have any questions regarding the Power of Attorney, contact the Office of Tax and Revenue, Customer Service Administration, 1101 4th Street, SW, Washington, DC 20024; or call (202) 727-4TAX (4829).

Mail the original Power of Attorney to:

Office of Tax and Revenue, Customer Service Administration, PO Box 470, Washington, DC 20044-0470

**If this declaration is not signed and dated, this power of attorney will be returned**

This is a FILL-IN format. Please do not handwrite any data on this form other than your signature.

 Government of the District of Columbia

## D-2848 Power of Attorney and Declaration of Representation

### ▲ Personal Information

Your first name, M.I., Last name for individual or Business name for business

DARRELL R. NEWTON

Spouse first name, M.I., Last name for individual

N/A

| Your SSN or EIN for business | Spouse's SSN | Your daytime phone number |
|---|---|---|
| | n/a | 4803826124 |

Home address (number and street) or business address

1944 WEST THUNDERBIRD RD

Apartment number
W248

| City | State | Zip code |
|---|---|---|
| PHOENIX | AZ | 85023 |

### ▲ Representative(s)
hereby appoint(s) the following representative(s) as attorney(s)-in-fact: This Power of Attorney will not be valid unless the Representative(s) complete the **Declaration of Representative**, sign and date this form on page 2.

Name and address

:darrell -ramon :muhammad el, executor, master,beneficiary,heir
c/o 1944 West Thunderbird Road Unit W248
Phoenix Arisona State Republic [85023]

EIN/SSN
PTIN
Telephone Number   2026078242
Fax No.
E-mail Address   dmuhammadel@protonmail.com

Name and address

EIN/SSN
PTIN
Telephone Number
Fax No.
E-mail Address

Name and address

EIN/SSN
PTIN
Telephone Number
Fax No.
E-mail Address

Name and address

EIN/SSN
PTIN
Telephone Number
Fax No.
E-mail Address

### ▲ Tax Matters
Type of Tax (Income, Sales, etc)          Type Form          Years or Periods

### ▲ Acts authorized
The representatives are authorized to represent the taxpayer(s) before the Office of Tax and Revenue for the tax matters listed above, to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform (for example, the authority to sign any agreements, consents, or other documents). This authority does not include the power to receive or cash refund checks. If you wish to grant this authority to your authorized representative, please state this below. List specific additions or deletions to the acts otherwise authorized by this power of attorney:

Revised 05/2015

D-2848 Page 1

Form **2848**

(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Go to *www.irs.gov/Form2848* for instructions and the latest information.

OMB No. 1545-0150

| For IRS Use Only |
|---|
| Received by: |
| Name |
| Telephone |
| Function |
| Date        /      / |

**Part I**    **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address DARRELL RAMON NEWTON
1944 WEST THUNDERBIRD RD. #W248
PHOENIX AZ. 85023

| Taxpayer identification number(s) |
|---|
| Daytime telephone number        Plan number (if applicable) |
| 480 382 6124 |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

Name and address:    :darrell -ramon :muhammad el, executor, master, beneficiary, heir.  c/o 1944 West Thunderbird Road Unit W248

Phoenix Arizona Republic [85023]
Check if to be sent copies of notices and communications    ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

Check if to be sent copies of notices and communications    ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

(Note: IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

(Note: IRS sends notices and communications to only two representatives.) to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3 Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**4**    **Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . ▶ ☐

**5a**    **Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;    ☐ Substitute or add representative(s);    ☐ Sign a return; _____

_____

☐ Other acts authorized: _____

_____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.     Cat. No. 11980J     Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021)                                                        Page **2**

**b**    **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

_____

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

     ▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| *by: darrell-ramon: muhammad el* | *10/25/2023* | *Executor, maker, beneficiary, heir* |
|---|---|---|
| Signature | Date | Title (if applicable) |
| *:darrell-ramon: muhammad el* | | *DARRELL RAMON NEWTON* |
| Print name | | Print name of taxpayer from line 1 if other than individual |

| Part II | **Declaration of Representative** |
|---|---|

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and • I am one of the following:

   **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below. **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below. **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230. **d** Officer—a bona fide officer of the taxpayer organization. **e** Full-Time Employee—a full-time employee of the taxpayer. **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

   **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).

   **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). *See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.*

   **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.

   **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

     ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| D | n/a | n/a | | |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)



**NONTAXPAYERAFFIDAVIT OF DURABLE POWER OF ATTORNEY GENERAL IN FACT OF REVOCATION OF ALL PREVIOUS POWER OF ATTORNEY—**
DECLARATION OF USE OF UCC 9-102 & 9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain:
**NOTICE OF INTENT! WITH CERTIFICATES AND OTHER EQUITABLE TITLES ATTACHED HERETO:** please note that the information in reference above and below is to be taken within context and applied as indicated with respect to the terms and/or conditions contained herein and shall be construed contextually and not otherwise.

## KNOW ALL MEN BY THESE PRESENTS:

**IT SHALL BE KNOWN TO ALL MEN/WOMEN,** men/women, and or man/woman, MAN/WOMAN BY THESE PRESENTS:

I, (Darrell R. Muhammad El), a Natural Man, having firsthand knowledge of the facts stated herein do hereby affirm, attest, certify, as well is declare that I am the sole owner of the (DARRELL R. MUHAMMAD EL) ESTATE to include any and all derivative's and or assumed names, marks, codes and or presumptions, herein reference to as PRINCIPAL, in the County of Maricopa, do appoint the PRINCIPAL, stands as a non-adverse, non-belligerent, and non-combatant party, and as true and lawful ATTORNEY GENERAL-in-fact. I (Darrell R. Muhammad El), a Natural Man as a native American disavow and reject any and all rights associated with the 14th Amendment Section 1; of the United States of America Constitutional

    **NOTICE OF LACK OF JURISDICTION PRESENTATION**    

(Darrell R. Muhammad El), a Natural Man, a Natural Person as defined by
Statute    Day of Birth~~████████~~(5'9); (145) lbs.; Eyes: (Brn); Hair: (Blk);
Day of Attaining Age of Majority– (~~████████~~83
Identification Number: (9654767654257954D09071965)
A Private Citizen and Non-Taxpayer as defined in statute– (████1613)
Expiration date: (12-31-2099)    Nationality: (American Native Indian)
Perpetual Election to remove minors Disabilities or Disabilit  ies of Minority!

### NOTICE OF INTENT OF PERPETUAL ELECTON OF WITHDRAWAL OF CONSENT

*I (Darrell R. Muhammad El), AM THE BENEFICIAL OWNER OF THE EQUITABLE CESTUS QUE TRUST, I deny infancy, am of the age of majority, managing and maintaining my own affairs, competent and aware of this, my standing, and not a member of the craft, I have not and do not participate in the belief in a so-called TEMPLE LEGENDS, and not a member of the KINGDOM OF CAIN, not a descendent and/or follower of TUBALCAIN, LAMACH, NIMROD, SAMIEL, THE BROTHERHOOD OF THE ROSE CROSS! And although I have knowledge of THE GENIE OF FIRE, THE ANCESTRY OF THE LEGEND, THE SO-CALLED TWO ELOHIM, TUBALCAIN CIPHER, THE RACE OF CAIN, THE HOSTS OF MARS, THE RESACRATION CREATION STORY, THE*

Form **W-8BEN**

(Rev. October 2021)

Department of the Treasury
Internal Revenue Service

**Certificate of Foreign Status of Beneficial Owner for United
States Tax Withholding and Reporting (Individuals)**

▶ For use by individuals. Entities must use Form W-8BEN-E.
▶ Go to *www.irs.gov/FormW8BEN* for instructions and the latest information.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do NOT use this form if: | Instead, use Form: |
|---|---|
| • You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the United States (other than personal services) . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . | 8233 or W-4 |
| • You are a person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

**Part I    Identification of Beneficial Owner (see instructions)**

| 1 | Name of individual who is the beneficial owner | 2 | Country of citizenship |
|---|---|---|---|
| | DARRELL RAMON NEWTON | | Al Moracco/North America/Amexem |

| 3 | Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.** |
|---|---|
| | GENERAL DELIVERY 1944 WEST THUNDERBIRD RD. |

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| Phoenix,Arizona Republic, [85023] | Al Moracco/North America/Amexem |

| 4 | Mailing address (if different from above) |
|---|---|
| | |

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

| 5 | U.S. taxpayer identification number (SSN or ITIN), if required (see instructions) |
|---|---|
| | 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 |

| 6a | Foreign tax identifying number (see instructions) | 6b | Check if FTIN not legally required . . . . . . . . . . . ☐ |
|---|---|---|---|
| | AA222141 A1 TRUTH | | |

| 7 | Reference number(s) (see instructions) | 8 | Date of birth (MM-DD-YYYY) (see instructions) |
|---|---|---|---|
| | Trust Number 10105905, TXu-1-123-633 | | 09/07/1965 |

**Part II    Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)**

9   I certify that the beneficial owner is a resident of treaty of peace and friendship, treaty of delaware      within the meaning of the income tax treaty between the United States and that country.

10   **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph 3,4,6,8, and 20       of the treaty identified on line 9 above to claim a      0  % rate of withholding on (specify type of income): 12 usc 411, 31 usc 3132, 12 usc 95a, 15 usc 1813(1), 12 USC 29, 18 usc 8, IRC 6334 (A) (9) Delaware Code Title 29 Section 104-106

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding: _____
AA222141 A1 TRUTH

**Part III    Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;

• The person named on line 1 of this form is not a U.S. person;

• This form relates to:

    (a) income not effectively connected with the conduct of a trade or business in the United States;

    (b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;

    (c) the partner's share of a partnership's effectively connected taxable income; or

    (d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);

• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and

• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

**Sign Here** ▶

☑ I certify that I have the capacity to sign for the person identified on line 1 of this form.

by : darhell - ramon : muhammad el, master, Exec., Pynd / A'e          10/29/2023

Signature of beneficial owner (or individual authorized to sign for beneficial owner)          Date (MM-DD-YYYY)

by : darrell - ramon : muhammmad el, master, Exec-tr., Pynd / Heir

Print name of signer

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (Rev. 10-2021)



CERTIFICATION OF VITAL RECORD

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HEALTH

**CERTIFICATE OF LIVE BIRTH**

DISTRICT OF COLUMBIA DEPARTMENT OF PUBLIC HEALTH

CERTIFICATE OF LIVE BIRTH

OCT 7 1965    090-2145    BIRTH NO.    65 22130

**1. PLACE OF BIRTH**

Name of Hospital or Institution (If not in Hospital, give street address)

Washington, D. C.    Freedmen's

**2. USUAL RESIDENCE OF MOTHER (Where does mother live?)**

| a. State | D. C. | b. County | c. City, Town, or Location | Washington |

| d. Street Address | 1320 Harvard Street, N. W. | e. Is Residence Inside City Limits? Yes | f. Is Residence on a Farm? Yes ☐ No ☐ |

**CHILD**

| 3 CHILD'S NAME (Type or Print) | (First) | (Middle) | (Last) |

| 4 SEX Male ☒ Female ☐ | 5a THIS BIRTH Single ☒ Twin ☐ Triplet ☐ | 5b. IF TWIN OR TRIPLET 1st ☐ 2nd ☐ | 6 DATE (Month) (Day) (Year) |

**FATHER OF CHILD**

| 7 NAME | (First) | (Middle) | (Last) | COLOR OR RACE |
| | Raymond | | Newton | Negro |

| 8 AGE (At time of this birth) 30 YEARS | 10 BIRTHPLACE (State or foreign country) D. C. | 11a. USUAL OCCUPATION Clerk | 11b. KIND OF BUSINESS OR INDUSTRY |

**MOTHER OF CHILD**

| 12 MAIDEN NAME | (First) | (Middle) | (Last) | 13. COLOR OR RACE |
| | Virginia | | Briggs | Negro |

| 14 Age (At time of this birth) 27 YEARS | 15 BIRTHPLACE (State or foreign country) N. C. | 16 CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) | | |
| | | a. How many OTHER children are now living 2 | b. How many OTHER children were born alive but are now dead | c. How many children were still-born (born dead) after 20 weeks pregnancy 0 |

| 17 INFORMANT (Tell name) Mrs. Birginia B. Newton | Parent ☒ Other ☐ |

| NAME | Mrs. Virginia B. Newton | 18 SIGNATURE | M. D. |
| ADDRESS | 1320 Harvard Street, N. W. | 19 ADDRESS | |
| CITY | Washington | STATE D. C. | 20 DATE SIGNED |

item 12 should read: VIRGINIA BAXTER
childs name should read: DARRELL R. NEWTON
taken from supplement filed: 6-4-81

DC846215

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Vital Records Division, Department of Health, District of Columbia.

DATE ISSUED

**JUNE 24, 2008**

*Julia E. Davidson-Randall*

Julia E. Davidson-Randall, Registrar



WARNING:  IT IS UNLAWFUL TO MAKE COPIES OF THIS DOCUMENT AND PRESENT THEM AS AN OFFICIAL COPY OF AN ORIGINAL CERTIFICATE.

 

**APARTMENT LEASE CONTRACT**

Date of Lease Contract: __**January 16, 2023**__
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) (list all people signing the Lease Contract):

__Darrell Muhammad El__

and *us*, the owner: __Avanti Latitude TIC Owner LLC__

*(name of apartment community or title holder).* You've agreed to rent Apartment No. __W248__, at __1944 N__ __Thunderbird Rd #W248__

*(street address)* in __Phoenix__ *(city),* Arizona, __85023__ *(zip code)* (the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract):*

_____
_____
_____
_____
_____
_____
_____
_____
_____

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than __10__ consecutive days without our prior written consent, and no more than twice that many days in any one month. *If the previous space isn't filled in, two days per month is the limit.*

**3. LEASE TERM.** The initial term of the Lease Contract begins on the __14th__ day of __March__ __2023__, and ends at 11:59 pm the __13th__ day of __April__ __2024__.

**Renewal.** This Lease Contract will automatically renew month-to-month unless either party gives at least __60__ days written notice of termination or intent to move-out as required by paragraph 44 (Move-Out Notice). If the number of days isn't filled in, at least 30 days notice is required.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ __150.00__ refundable deposit and $ __152.70__ non-refundable deposit, due on or before the date this Lease Contract is signed. The above non-refundable security deposit is for the following purposes:

__Admin Fee__

All of the above deposits together do not exceed one and one-half times the monthly rent. See paragraphs 48 (Security Deposit

---

Deductions and Other Charges) and 49 (Deposit Return, Surrender and Abandonment) for security deposit return information.

☒ During the term of this Lease Contract Management may use Resident's refundable security deposit in accordance with any applicable provisions of the property management agreement. At the conclusion of the tenancy Resident's security deposit shall be refunded to Resident consistent with Arizona law.

☒ The Security Deposit is held by the property owner. However, in the event you vacate your apartment, all Security Deposit refunds will be processed by Management on behalf of the property owner in accordance with the terms of your lease and applicable law.

**5. KEYS.** You will be provided __2__ apartment key(s), mailbox key(s), __0__ FOB(s), and/or __2__ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, your base rent will be $ __1310.00__ per month ("base rent"). Your base rent and other monthly charges identified in "Description of Rent Elements" below are referred to as "rent" throughout the remainder of this Lease Contract and are payable in advance and without demand:

☐ at the on-site manager's office, or
☒ at our online payment site, or
☒ at __ACH Payment__

**DESCRIPTION OF RENT ELEMENTS:**

| | |
|---|---|
| Monthly Stated Base Rent | $ 1310.00 |
| Monthly Discount/Concession (represents a reduction in Monthly Base Rent) | $ |
| Rental Tax | $ 30.13 |
| Animal Rent (includes applicable tax) | $ |
| Garage/Carport Rent (includes applicable tax) | $ |
| Storage Unit Rent (includes applicable tax) | $ |
| Parking Space Rent (includes applicable tax) | $ |
| Additional Rent (Other) | |
| • Parcel Pending | $ 6.14 |
| • Valet Trash | $ 25.58 |

**TOTAL RENT DUE AND PAYABLE MONTHLY:** $ __1371.85__

Prorated rent of $ __760.65__ is due for the remainder of *(check one):* ☒ 1st month or ☐ 2nd month, on __March 14__ __2022__.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks to ACH for the purposes of collecting payment. Rent is not considered accepted if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the __1st__ day of the month, you'll pay a late charge. Your late charge will be *(check one):* ☒ a flat rate of $ __75.00__ or ☐ ____% of your total monthly rent payment to be charged on the _____ day thereafter that rent and other charges under this lease are unpaid. You'll also pay a charge of $ __51.15__ for each returned check or rejected electronic payment, plus a late charge. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have all other remedies for such violation. Resident is responsible for all rental taxes, and will pay any increases in all rental taxes upon 30 days written notice from landlord.

If a municipality that levies a transaction privilege tax on residential rent changes the percentage of that tax, then we, upon thirty days'

© 2021, National Apartment Association, Inc. - 9/2021, Arizona

Document digitally signed using RENTCafe eSignature services. Document ID: 883721



Darrell R. Muhammad El
c/o 1944 West Thunderbird Road #W248
Phoenix Arizona Republic [85023]


MOON VALLEY JUSTICE COURT
18380 N 40TH ST
Phoenix AZ 85032          CASE NO: CC2023205346EA


Greetings Clerk of Court,


As one of the private people and heir to the kingdom I am an hors de combat and an Internationally Protected Person (IPP) in accordance with the Geneva Convention IV and the additional protocols. I come in the name under the authority of Jesus Christ in fulfillment of Christ New Covenant, you as an agent for the occupational government have an absolute fiduciary duty to provide me the diplomatic protections that you offer to any foreign official.


The attached surrender is enclosed.

by : darkell-frame: muhamel El exec                    Bene, Heir

Muhammad El: Darrell-R./Heir
dmuhammadel@protonmail.com
480 382 6124

**Notice of Surrender**

**Notice of Transition from Beneficiary to Heir**

**Notice of an Internationally Protected Person (IPP)**

I am no longer a beneficiary. I am now the true heir to the kingdom. I came into the world sovereign by the grace of God with all of the rights of a king with a divine right of dominion over my own kingdom granted by God in Genesis 1:26 until now, my inheritance has been administrated under Christ's New Covenant, a trust established when Jesus gave peter the keys to the kingdom as described in Mathew.

My mother, while still recovering from the rigors of childbirth and believing she was required to do so, filed an application of a certificate of Live Birth. Based on mom's testimony, as an informant, I have been transformed from an heir to an beneficiary, my name entered the Book of Dead. Although I was still living. I had been transported to the graveyard of commerce well beyond my father's kingdom.

As an beneficiary I am forced to apply for a license, complete with fines, fees and taxes, for the enjoyment of my sovereign rights. The trustees have placed their own private script/money between me and my divine inheritance forcing me to expand my life energy just to survive thereby diverting me from my divine purpose here on earth.

As a beneficiary I am unable to handle my own affairs as the trustee(s) have full control over my inheritance. I have no protection and I am unable to defend my personal and property rights as there is no remedy in the courts of law. The trustees have forced me to live in poverty unable to provide for my very basic survival needs, having separated from my divine inheritance of abundance and prosperity.

Today I am no longer a beneficiary. I am the true heir to the kingdom having fulfilled the terms and conditions set forth in Christ's New Covenant, the law of trust, to accept and surrender Christ's New covenant to facilitate the merger and union in the Fathers Estate.

Please take notice that the change in my status from beneficiary to heir changes your fiduciary duties and responsibilities concerning an heir to the kingdom.

As an heir to the kingdom, I am one of the private people with all of the protections and restrictions against trespass of private rights and property as set forth in the Geneva Convention and the laws of war and occupation.

My surrendered 'PERSON', and any derivative, is now an internationally protected person (IPP), under the Geneva Convention and is protected from all charges, seizure, arrest and/or civil executions. Any adverse action taken against a surrendered PERSON, or the private people constitutes a war crime.

By: _dalleel-tamon; muhamma____

**Notice to the Principal is notice to the agent. Notice to the agent is notice to the principal**



Date: 10/19/2023

From: ;darrell -ramon ;muhammad el
c/o 1944 West Thunderbird Road Unit W248
Phoenix Arizona Republic [85023]

To: AVANTI LATITUDE TIC OWNER, LLC
DBA LATITUDE APARTMENTS & CASITAS
1944 W THUNDERBIRD RD
PHOENIX AZ 85023

~~████████████████████~~

To clerk of court        CASE NO. CC 2033205306EA

## Notice

Pursuant to the Power of Appoint Act (26 U.S. Code § 2514 - Powers of Appointment)

Section d) Creation of Another Power in Certain Cases

I, ;darrell -ramon ;muhammad el, hereby appoint AVANTI LATITUDE TIC OWNER, LLC as fiduciary to facilitate the transfer to the Office of the Secretary of the Treasury in accordance with 12 U.S. Code § 342, governing Deposits, Exchange, and Collection, in collaboration with Fidelity Investments.

This transfer is undertaken with the purpose of providing credit to specified recipients and sellers involved in transactions concerning goods, leases, and services. The process is meticulously designed to efficiently settle and offset the specified obligations. It is imperative that all transactions be conducted exclusively using lawful currency.

This action aligns meticulously with the regulations delineated in 12 USC 95a (2) and 12 USC 411, which govern all accepted charges.

by ;darrell -ramon ;muhammad el                I am, master,
                                                Beneficiary

;darrell -ramon ;muhammad el, Beneficiary, Grantee, Heir

With Out Recourse

**Form 56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

## Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Darrell Muhammad El | 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 | |

Address of person for whom you are acting (number, street, and room or suite no.)

c/o 1944 West Thunderbird Road Unit W248

City or town, state, and ZIP code (if a foreign address, see instructions.)

Phoenix Arizona 85023

Fiduciary's name

CRE LATITUDE TIC OWNER, LLC DBA LATITUDE APARTMENTS & CASTITAS

Address of fiduciary (number, street, and room or suite no.)

1944 W THUNDERBIRD RD

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| PHOENIX AZ 85023 | ( 602 )    993 5360 |

## Section A.  Authority

**1**  Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☑ Fiduciary of intestate estate

**e** ☐ Valid trust instrument and amendments

**f** ☐ Bankruptcy or assignment for the benefit of creditors

**g** ☐ Other. Describe: _____

**2a**  If box 1a, 1b, or 1d is checked, enter the date of death: _____

**b**  If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: _____

_____

## Section B.  Nature of Liability and Tax Notices

**3**  Type of taxes (check all that apply): ☑ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☑ Other (describe): Settlement of all listed commercial Securities Certificates, :icenses for Rents Due.

**4**  Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☑ 1040 or 1040-SR  **f** ☑ 1041  **g** ☐ 1120  **h** ☐ Other (list): _____ ☐

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  . ☐
and list the specific years or periods within your authority: _____

_____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.         Cat. No. 16375I         Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)                                                                                          Page **2**

| Part II | Revocation or Termination of Notice |
|---------|-------------------------------------|

### Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☐ Other. Describe: ----------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------------------------

### Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ☐

b   Specify to whom granted, date, and address, including ZIP code.

--------------------------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

8   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . ☐

--------------------------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------------------------

| Part III | Court and Administrative Proceedings |
|----------|--------------------------------------|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| MOON VALLY JUSTICE COURT | 10/17/2023 |
| Address of court | Docket number of proceeding |
| 18380 N 40TH ST | CC 2023 205346EA |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| PHOENIX ARIZONA 85032 | 10/19/2023 | ☐ a.m. ☐ p.m. | | |

| Part IV | Signature |
|---------|-----------|

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 11-2022)

 LakeCounty

**LAKE COUNTY CLERK'S OFFICE**
**RECORDING DIVISION**
18 N COUNTY ST - 6TH FLOOR
WAUKEGAN, IL  60085-4358
(847) 377-2575
FAX (847) 984-5860
www.lakecountyil.gov/recorder



Image#: 062798170029 Type: HD
Recorded: 12/01/2022 at 03:03:23 PM
Receipt#: 2022-00077984
Page 1 of 29
Fees: 072.00
IL Rental Housing Fund: $9.00
Lake County IL
Anthony Vega Lake County Clerk

File **7947276**

# RECORDING COVERSHEET

☒  **NON-STANDARD DOCUMENT**

☐  **RE-RECORDED DOCUMENT** - previously recorded as

document number

| |
|---|

(Lake County numbers consist of 7 Digits)

PLEASE ALSO STATE THE REASON FOR RE-RECORDING IN THE BOX BELOW

| |
|---|

- A "re-recorded document" refers to the recording of a previously recorded document and is used to correct or modify the document after the original recording.

- The changes or additions reflected by the re-recording should be made on either the original document or on a certified copy and then attached to this coversheet.

- For the convenience of title searchers, no pages or information should be deleted from the original. Corrections should be made by crossing out the incorrect version and adding the correct information. This allows the searcher to easily identify the before and after versions.

*Please update the following information when re-recording*

Submitted By:                        Return To:

_____        DARRELL R. MUHAMMAD EL

_____        ℅ 1944 West Thunderbird Road #W248

_____        Phoenix, Arizona  85023



 Lake County

LAKE COUNTY CLERK'S OFFICE
RECORDING DIVISION
18 N COUNTY ST - 6TH FLOOR
WAUKEGAN, IL 60085-4358
(847) 377-2575
FAX (847) 984-5860

# CERTIFICATION

I, Anthony Vega, County Clerk for the County of Lake, State of Illinois,
do hereby certify this to be a true and correct copy of document number
7947276 recorded **December 01, 2022** as it appears from the records
and microfilm in my office. In witness hereof, I have hereunto set my
hand and affixed the seal of my office.

DATE: March 27, 2023                    [Seal]

**Anthony Vega**
Lake County Clerk

by

Deputy Clerk,
Lake County Clerk's Office



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

NRC2023156196

June 1, 2023

DARRELL MUHAMMAD EL
1944 WEST THUNDERBIRD ROAD, W248
PHOENIX, AZ 85023

Dear DARRELL MUHAMMAD EL:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on May 19, 2023, regarding your Birth Certificate, I-94, and citizenship status of Darrell Muhammad El, Muhammad El Darrell, Darrell R. Muhammad El, Muhammad El Darrell R..

We have completed a search of Person-Centric Identity Services (PCIS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time, you may appeal the determination by following the directions set forth below.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

NRC2023156196
Page 2

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.

Sincerely,

Cynthia Munita
Director, FOIA Operations



Internationally Protected Person

**IPP ID# 9654767654257954D0007 1965**
Darrell Ramon Muhammad El
c/o 1944 West Thunderbird Road #W248
Phoenix, Arizona Republic (95023)
U.S.A.

DOB.:
HGT.: 5'9
WGT.: 145
GEN: Man
EYE: BRN
HAIR: BLK
ISS.: 05/16/2023    EXP.: 12/31/2099

Enrolled IPP    All Rights Reserved

"I AM EXEMPT"   with "Unrestricted-Right of Self-Government" with full Jurisdiction,
Constitution Article 1 Section 2, Clause 3,  Indians not Taxed

*Please take notice that the change in my status from beneficiary to heir changes
your fiduciary duties and responsibilities concerning an heir to the kingdom.*

As an heir to the kingdom I am one of the Private People with all of the protections and
restrictions against trespass of private right and property as set forth in the Geneva Convention
and the laws of war and occupation.

My surrendered "PERSON", and any derivative, is now an Internationally
Protected Person (IPP), under the Geneva Convention and is protected from all
charges, seizures, arrests and/or civil executions. Any adverse action taken
against asurrendered PERSON or the Private People constitutes a war crime.

"Issuing Authority" UEIN: 1-414-333-6285

# UNIVERSAL LIFE CHURCH
MONASTERY STOREHOUSE

August 15, 2023

In and for the State of Arizona

In re: Letter of Good Standing

Darrell R Muhammad-El has requested this Letter of Good Standing. We acknowledge that their ordination is in good standing with The Universal Life Church Monastery and we grant them the authority to perform the sacrament of marriage. This minister's credentials of ministry have no expiration date and have been verified this day.

Please direct any further needs to our headquarters below.

I certify that the above declaration is true and correct to the best of my knowledge and belief.

A.M. Melton, Church Administrator

State of Washington
County of King

I certify that I know or have satisfactory evidence that A.M. Melton is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument. Witness my hand and official seal.

Signature          08/15/2023
                   Date

J. T. Marshall
Notary Public
Appointment expires: 08-22-2023

> NOTARY PUBLIC
> STATE OF WASHINGTON
> J T MARSHALL
> COMMISSION NO. 210707
> COMMISSION EXPIRES 08/22/2023



6259079-0497

WE ARE ALL CHILDREN OF THE SAME UNIVERSE

2720 1st Ave S, Seattle, WA 98134
P.(206)285-1086  F.(206)285-7888

### Affidavit of Life

I, Darrell R. of the family of Muhammad El, Affiant, being over the age of eighteen (18) years, competent to witness does state for the public record the following:

1. That the public record on file with the Office of the Registrar of the Commonwealth of D.C., shows that the entity known as **DARRELL R. MUHAMMAD EL**, took the first breath of life ▓▓▓▓▓▓▓ day of the ▓▓▓▓▓▓▓▓▓▓▓▓er in the year one-thousand nine hundred sixtyfive ▓▓▓▓▓▓▓▓▓▓

2. That as of the date of this Affidavit of Life the entity known as Darrell R. of the family of Muhammad El, is still alive and breathing, and

3. Since the seventh day of the month of September in the year one-thousand nine hundred sixty-five ▓▓▓▓▓▓▓▓▓▓▓▓▓ has not surrendered nor abandoned any claims of life nor of any and all claims of estate to include but not limited to **DARRELL R. MUHAMMAD EL**, and

4. Further Affiant saith naught.

I, Darrell R. of the family of Muhammad El, do affirm that I have read the above affidavit and do know the contents to be true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.


_Darrell R. Muhammad El_ (signature)

Darrell R. of the family of Muhammad El


11-29-2022
Date




Rt. Thumb Print


**WITNESSES**

General Post Office
Anytown, Anystate

General Post Office
Anytown, Anystate


We, the undersigned witnesses, attest that we individually and collectively know the entity known as Darrell R. Muhammad El to be alive and breathing and that he is not lost beyond the sea, but walks among us upon the land, and that we did witness him affix his autograph to the above AFFIDAVIT OF LIFE and also to place his right thumb print in his own blood upon this document.

Exhibit A

Corpus Juris Secundum

Section 16, Page 892:

FACT OF DEATH:  Death of the person on whose estate administration is sought is a
jurisdiction requisite; and while the presumption of death arising from absence
may present a prima facie case sufficient to warrant a grant of administration, yet if
it subsequently develops that such person was in fact alive, the administration is
void.

While it is true that the presumption of death arising from a person's absence,
unheard from, for a considerable length of time, see "Death Section 6", may
present a prima facie case sufficient to warrant a grant of administration on his
estate, the arising of such presumption does not take the case out of the operation
of the general rule on the subject, and if it is made to appear that the person was in
fact alive at the time such administration was granted, the administration is
absolutely void.  Although, that payment to an administrator of an absentee who is
not in fact dead is no defense against the absentee or his legal representative, nor
are costs and disbursement incurred by such administrator a legal charge against the
absentee or his property; but where the administrator has paid debts of the
absentee, he is subrogated to the rights of the creditors whom he has paid.  It has
been considered, however, that the invalidity of the administration does not relate
back, but that it is invalid only the time when the presumptions of death is
rebutted.

Exhibit B

2 of 3



# Cestui Que Vie Act 1666

**1666 CHAPTER 11**

An Act for Redresse of Inconveniences by want of Proof of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

Annotations:

Editorial Information

X1 Abbreviations or contractions in the original form of this Act have been expanded into modern letting in the text set out above and below. Modifications etc. (not altering text)

C1 Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c.62), Sch. 2

C2 Preamble omitted in part under authority of Statute Law Revision Act 1948 (c.62), sch.1

C3 Certain words of enactment repealed by Statue Law Revision Act 1888 (c.3) and remainder omitted under authority of Statue Law Revision Act 1948 (c.62), s.3

Annotations:

Editorial Information

X1 Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below. Modifications etc. (not altering text)

C1 Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c.62), Sch. 2

C2 Preamble omitted in part under authority of Statute Law Revision Act 1948 (c.62), sch.1

C3 Certain words of enactment repealed by Statue Law Revision Act 1888 (c.3) and remainder omitted under authority of Statue Law Revision Act 1948 (c.62), s.3

I] Cestui que vie remaining beyond Seas for Seven Years together and no Proof of their lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.

If such person or persons for whose life or lives such Estates have been or shall be granted as aforesaid shall remain beyond the Seas or elsewhere absent themselves in this Realm by the space of seven years together and not sufficient and evident proof be made of the lives of such persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of said Tenements by the Lessors or Reversioners their Heirs or Assignees, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person so remaining beyond the Seas or otherwise absenting himself were dead. I]] .................................F1

Annotations:

Amendments (Textual)

F1 S. II repealed by Statue Law Revision Act 1948 (c.62), Sch. 1

II]] .................................F2 Annotations:

Amendments (Textual)

F2 S. III repealed by Statue Law Revision Act 1863 (c.125)

IV] If the supposed dead Man prove to be alive, then the Title is revealed. Action for mean Profits with Interest. X2Provided always That if any person or (X3person or] persons shall be evicted out of any Lands or Tenements by virtue of this Act, and afterwards if such person or persons upon whose life or lives such Estate and Estates depend shall return again from beyond the Seas, or shall on proof in any Action to be brought for recovery of the same [to] be made appear to be living; or to have been living at the time of the Eviction That then and from thenceforth the Tennant and Lessee who was outed of the same his or their Executors Administrators or Assignees shall or may reenter repossesses have hold and enjoy the said Lands or Tenements in his or their former Estate for and during the Life or Lives the said Estate or Estates depend shall be living, and also shall upon Action or Actions to be brought by him or them against the Lessors or Tenements in possession or other persons respectively which since the time of the said Eviction received the Profits of the said Lands or Tenements recover for damages the full Profits of the said Lands or Tenements respectively with lawful interest for and from the time that he or they were outed of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if he said person or person where then living.]

Annotations:

Editorial Information

X2 annexed to the Original Act in a seperate Schedule

X3 Variant reading of the text noted in *The Statutes of the Realm* as follows: O. omits [O. nfers to collection in the library of Trinity

2 of 2

**Affidavit of Correction**

STATE OF ARIZONA

COUNTY OF MARICOPA

November 29ᵗʰ, 2022

I, Darrell R. Muhammad El, fully aware and competent, hereby state that this Affidavit is for the purpose of correcting an error on the Birth certificate.

  1. The error(s) made consist(s) of:

    The name DARRELL R. MUHAMMAD EL, that appears on the birth certificate in all capital letters is mistyped, nobody's name on the documentation according to 18 U.S.C 1342 any name that's not in proper form is considered a fictitious name.

  2. The corrected amendment is:

    The name was intended to be in proper form the name in it's proper form is. Darrell R. Muhammad El, this is what it was intended to be for my benefit. Done by my hand as my free act and deed.

Signed under the penalties of perjury on November 29ᵗʰ, 2022

_Darrell R. Muhammad El_ (signature)

Darrell R.
Muhammad El


STATE OF ARIZONA
COUNTY OF MARICOPA                , ss:

This Affidavit was acknowledged before me on this ___29ᵗʰ___ day of November, 2022 by Darrell R. Muhammad El, who, being first duly sworn on oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best of his information, knowledge and belief.

_Arnetti Morris, Notary Public_ (signature)

Notary Public

ARNETTI MORRIS, Notary Public

Title (and Rank)

My commission expires 3-7-2023

ARNETTI MORRIS
Notary Public - Arizona
Maricopa County
Commission # 560359
My Comm. Expires Mar 7, 2023

1 of 1

**Affidavit of Knowledge of Facts**

STATE OF ARIZONA
COUNTY OF MARICOPA

The undersigned, Muhammad El, Darrell R. do hereby swear, certify, and affirm that,

1.  Muhammad El, Darrell R. having personal knowledge of facts set out that are
    admissible into evidence and if called as a witness, could testify completely
    thereto.

2.  I am over the age of 18 and domicile in Arizona.

3.  I signed and execu.....e back of the certificate, Done by my hand as my free
    will act and deed
    I declare that, to the best of my knowledge and belief, the information herein is
    true, correct, and complete.

    Executed this _29th_ day of November, 2022

    _____
    Muhammad El, Darrell R.

__NOTARY ACKNOWLEDGMENT__

STATE OF ARIZONA
COUNTY OF MARICOPA

This Affidavit was acknowledged before me on _29th_ day of November, 2022 by Darrell
R. Muhammad El, who being first duly sworn on oath according to law, deposes and says that he has
read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best
of his information, knowledge and belief.

_Arnetti Morris, Notary Public_
Notary Public

_Arnetti Morris, Notary Public_
Title (and Rank)

My commission expires _3-7-2023_

## SCHEDULE OF FEES

Any corporation or Natural person who, by coercion, threat, force, or demand, requires an employee, trustee, or fiduciary of the Trust to perform, produce material, answer, comply with, or act in accord with any particular act as set forth in this schedule, shall be assessed according to this schedule of fees. All intervenors agree to be held liable in their private, individual, and corporate capacity for their actions, and further may be subject to parallel claims of criminal activity including piracy, slavery (suretyship), trespassing, and breach of Fiduciary Duty, Perjury, Misprision of Felony, RICO, and Forfeiture.

### Administrative Fees:

Any Trustee of Fiduciary employed for the matter of processing this claim shall be entitled to 5% of first $1,000,000.00 4% of next $500,000.00 3% of next $500,000.00, 2% over $2,000,000.

### Copyright , trademark,  trade name violation

1. Usage of, **DARRELL R. MUHAMMAD EL,©TM** including all derivatives, spellings, and upper case lower case combinations and renderings of the trademark and trade name without express written consent $1,000,000.00

### Acceptance of Presentments ( without  contract )

2. Unauthorized Citations$10,000.00
3. Warnings issued on Paper $10,000.00
4. Summons, Court Notices (without contract) $10,000.00
5. All other related items, fees, or offers $10,000.00

### Deposition,  Interrogation ( unsolicited )

6. Name $10,000.00
7. Driver's License Number $10,000.00
8. Social Security Number $50,000.00
9. Retinal Scans $50,000.00
10. Fingerprinting $50,000.00
11. Photographing $50,000.00

### DNA or Body Fluids

12. Mouth swab $1,000,000.00
13. Blood samples $1,000,000.00
14. Urine samples $1,000,000.00
15. Breathalyzer testing $1,000,000.00
16. Hair samples $1,000,000.00
17. Skin samples $1,000,000.00
18. Clothing samples $1,000,000.00
19. Forced giving of liquids/samples $1,000,000.00

### Obstruction of Travel , Property Search , Trespass, Theft , Carjacking, Interference with Commerce

20. Interference with travel (without contract or emergency) $2000.00/minute after warning
21. Temporary detention, obstruction, or restraint (without warrant) $2000.00/minute after warning

1 of 2

22. Automobile/Vessel/Car Search $1,000,000.00
23. Body/Clothing Search $1,000,000.00
24. Handcuffing, being tied or otherwise restricted $1,000,000.00
25. Taking/Theft/Deprivation of Property $10,000.00 per day  26. Jailed, Warehousing, Incarceration $1,000,000.00 per day

**Signature, Endorsement, Autograph (SEA)**

27. Autograph under threat, duress, or coercion $1,000,000.00

NOTICE

JURAT

A notary public or other completing verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Arizona
County of Maricopa

Subscribed and sworn to (or affirmed) before me on this 29ᵗʰ day of November, 2022 by DARRELL R. MUHAMMAD EL, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Arnetti Morris, Notary Public
Notary Public

ARNETTI MORRIS, Notary Public
Title (and Rank)

My commission expires 3-7-2023            SEAL

ARNETTI MORRIS
Notary Public - Arizona
Maricopa County
Commission # 590025
My Comm. Expires Mar 7, 2023

2 of 2

## NOTICE AND WARNING TO UTILITY COMPANIES

NOTICE & WARNING TO: EVERY/ALL UTILITY COMPANIES FOR EMBEZZLEMENT, THEFT BY DECEPTION & EXTORTION FAILING TO DISCHARGE ALL DEBTS PURSUANT TO 73RD CONGRESS. SESS 1. CHS. 48 49. JUNE 5, 6,1933 HJR 192 HR 1491 PUBLIC LAW 1 48 STAT 1 PUBLIC LAW 10 CHAPTER 48 STAT 112 PUBLIC LAW 73-10 40 STAT 411 TRADING WITH THE ENEMY ACT (TWEA) OCT 6, 1917 but not limited to:

Since House Joint Resolution 192 (HJR 192) (Public law 7310) was passed in 1933 we have only had debt, because all property and gold was seized by the government as collateral in the bankruptcy of the United States.

In 1863 the first Bank Act was passed. The Office of the Comptroller of the Currency (or OCC) is a US federal agency established by the National Currency Act of 1863 and serves to charter, regulate, and supervise all national banks and the federal branches and agencies of foreign banks in the United States.

The OCC was created by Abraham Lincoln to fund the American Civil War but was later transformed into a regulatory agency to instill confidence in the National Banking system and protect consumers from misleading business practices.

The Lieber Code, or General Order 100 was also created by Abraham Lincoln in 1863.

The National Bank Act (ch. 58, 12 Stat. 665, February 25, 1863) was a United States federal law that established a system of national charters for banks, the United States national banks. It encouraged development of a national currency based on bank holdings of U.S. Treasury securities, the so-called National Bank Notes. It also established the Office of the Comptroller of the Currency (OCC) as part of the Department of the Treasury. This was to establish a national security holding body for the existence of the monetary policy of the state. The Act, together with Abraham Lincoln's issuance of "greenbacks", raised money for the federal government in the American Civil War by enticing banks to buy federal bonds and taxing state bank issued currency out of existence. The law proved defective and was replaced by the National Bank Act of 1864. The money was used to fund the Union army in the fight against the Confederacy. This authorized the OCC to examine and regulate nationally-chartered banks.

The above only partially begins to include the historical records and other Acts of Congress that proves the US bankruptcy of 1933 and that there is no money, only credit that the American people are the Creditors.

All utilities companies knowingly have been sending their (customers) dividends but, in fact, making each recipient believe that dividend was an invoice for services provided by the utilities companies.

The Utilities Companies have mailed through the US Mail an intentional misrepresentation of facts, unfair business practices and each utility company and agents thereof have knowingly with

forethought and malice created a fraudulent debt, defrauding the Creditor, that is the recipient of said dividends, that the utilities companies lead the recipient to believe through deception is an invoice.

The utilities companies in turn then extract through extortionate measures payment from the customers instead of the utilities companies informing those same recipients that this dividend is in actuality payment to the recipient as a charged off debt pursuant to the incorporated in entirety documented evidence provided herein.

ALL utility companies have thus created a convertible and fraudulent debt.(see ANALYSIS OF A COUNTRY EMBEZZLED).


1 of 3

Every/all utilities companies have failed to pay off any of the public debt but rather unlawfully redirected ill-gotten gains into private corporate accounts through embezzlement, theft by deception, fraudulent conversion, and in violation to each all incorporated in entirety laws established through and as a result of the US Bankruptcy of 1933, wherein there is no money, only "bank Notes" which are but only a promise to pay.

**Thus all debts are to be discharged as agreed,** but the utilities companies (and banks) through their greed have not discharged any debt, fraudulently making the utility customer deeper in debt by utilities companies use of "Bank Notes" or "promissory Notes" that the utilities companies add to the public debt side of the books rather than discharging the debts as stipulated in Public Laws, House Resolutions, and House Joint Resolutions.

Additionally, the alleged invoices sent to every recipient is a dividend an/or a coupon to the recipient. The utilities companies all know this to be a fact.

The Comptroller of The Currency also knows all of the above to be irrefutable facts, but is acting as a money laundering agency by/for/through/ the privately owned Federal Reserve, in All (50) fifty states of the unions, et al.

The Comptroller of the Currency at County, State, and Federal level all know the incorporated documents and testimony to be true, but have yet to discharge any of the public debt, therefore

false pretenses, extortion and other predicate acts since the date of Comptroller of the Currency inception of 1863.

All utility companies, which are private for profit corporations, regardless of location, are knowingly participating in the fraud and Ponzi scheme with the intent to fraudulently convert this and every other country's wealth into private industry accounts by fraudulent conveyance, embezzlement, theft by deception, creating fraudulent debts, Ponzi scheme and fraud through the US Mail, just for starters.

Every judge and every attorney in America, especially those who hold positions with several direct connections into the utilities companies bank accounts and acting as attorneys for the banks, most presumably in all other countries as well, since they all get their instructions from England the same place that all the banks get their instructions through the Comptroller of The Currency headquarters in London England, each knowing the above and incorporated to be true, since they are well versed on the US Bankruptcy of 1933 and that America still remains to date in a state of Emergency and operates under English Law, though that also is supposed to be a well kept secret.

This means there "IS NO MONEY." It further means that since there is no money American's signatures are used as the credit to run this country. That in turn means that it is the American people whom are the Creditors not the Debtors, as the banks and utilities companies would like everyone to believe.

The utilities companies have been operating with this knowledge with intent, forethought and malice to commit the crimes mentioned herein but not limited to.

Due to the facts incorporated herein in entirety, all debts are to be charged off, including but not limited to every alleged utilities invoice, which each/all have actually been a dividend, for which every utilities company embezzled payment through fraud, using extortion and other threats to discontinue service if "Payment is not made."
These alleged invoices were dividends that every utilities company using deceptive business practice lead the public to believe were debts owed, when it is a fact that it is the utilities companies who owe the American public all those fraudulently received ill gotten gains plus the interest, stocks, bonds and other proceeds derived therefrom.

**All utilities companies are now put on notice that all debts are to be charged off pursuant to the stipulated and incorporated herein Acts et al.**

2 of 3

Facts assembled and presented by:

"Without Prejudice"
as Man, _Darrell R. Muhammad El_
[Darrell R. Muhammad El – Authorized Representative]
All Natural Rights "Explicitly" Reserved
U.C.C.1-207/2-207/1-308/1-103.6

*LION'S PILLARS OF KNOWLEDGE, THE SEVEN SCIENCES, AMARU LAND OF THE PLUMED SERPENT, THE TEMPLE LEGEND, HIRAM ABIV [Abiff], I do not profess to propagate such nonGnostic, highly improbable, fictional storytelling.*

THIS IS IN THE INTEREST OF THE UNITED STATES OF AMERICA AND IN THE INTEREST OF THE AMERICAN PEOPLE!!!!!!!!!!!!!! I am here in a non-military capacity, as a friend to United States, to aid in reducing the public Debt and removing the wounded from the field of battle. No matter what the construction, the construing, the interpretation, and/or the reasoning anything to the contrary of the information stated herein shall be held, deemed void as well as unreasonable, frivolous, meritless, moot, nonsensical.

Not a US "citizen" under federal law pursuant to 8 U.S.C. §1101(a)(21). However, Born in state of the Union. A citizen of The Sovereign State and Republic of Arizona:

"alien" (per 26 U.S.C. §7701(b)(1)(A)); NOT part of the "State" defined in 26 U.S.C. §7701 (a)(10), 4 U.S.C.

"Individual" (per 26 C.F.R. §1.1441-1(c)(3)).

"citizen of the United States" per 8 U.S.C. §1401 and 26 C.F.R. §1.1-1(c) per Rogers v. Bellei, 401 U.S. 815 (1971). "Stateless Person" as per Newman-Green v. Alfonso Larrain, 490 §11 0(d). 42 U.S.C. §1301(e)(1). or 28 U.S.C. §1332(d) nor part of the geographical sense of "United States" defined in 26 U.S.C. §7701 (a)(9), or 42 U.S.C. §1301 (a)(2). U.S. 826 (1989). Constitutional diversity of citizenship pursuant to U.S. Const. Art. III. Section 2, but NOT statutory diversity pur- suant Not a political "alien" pursuant to 8 U.S.C. §11 01 (a)(3)) nor a "resident alien" pursuant to 26 U.S.C. §7701 (b)(1)(A) since a national of the nation to 28 U.S.C. §1332. Rebut the following if you disagree within 30 days or you stipu- late it as truth.

United States. A civil sensed, or legal "alien", pursuant to 8 U.S.C. §1101(a)(3) since not domiciled in the geographical sensed "United States" defined in either 26 U.S.C. §7701(a)(9) or 42 U.S.C. §1301(e)(2). No "residence" within the meaning of the I.R.C., because only statutory "aliens" can have a "residence" per 26 C.F.R. §1.871-2. Constitutional citizens or "nationals of the United States"** of America" have a domicile rather than a residence. Only privileged constitutional/ political "aliens" have a "residence".

i have a religious objection to having an earthly presence Described in 8 U.S.C. §1401. 8 U.S.C. §1 101(a)(2)(B). and 26 C.F.R. §1.1 -1(c). Born on federal territory and domiciled in the District of Columbia or federal territory or possession. Not a constitutional or Fourteenth Amendment section 1 "citizen of the United States" per Rogers v. Bellei, 401 U.S. 815 (1971). domicile within any existing, Man/Woman-made government. I am a "transient foreigner" but not an "in-habitant" with respect to the Man/Woman-made government having jurisdiction in the place where I temporarily live.

"Free inhabitant" of any Federal territory or possession. Territory/Possession Confederation but not Constitutional "Citizen" or name: "citizen of the United States". Articles of Confederation identify themselves as "perpetual", and therefore this status is perpetual. DIPLOMATIC STATUS, I'm of the following statuses which constitute internationally protected persons pursuant to 18 U.S.C. §112 who are immune (not "exempt") from federal income taxation pursuant to 26 U.S.C. §892. Those claiming such status must file I.R.S. OR OTHER KNOWLEDGEABLE GOVERNMENT AGENTS Form W-8EXP to claim immunity from taxation.

i waive any and all aid and protection of Man/Woman-made statutory national laws and became a "stateless person" relative only to the national government pursuant to NewmanGreen v. Alfonso Larrain, 490 U.S. 826 (1989), I'm not as defined by the Internal Revenue Code, Subtitle A "trade or business" franchise/excise tax. Also called "income tax". "trade or business" is defined in 26 U.S.C. §7701 (a)(261 as "the functions of a public office" in the government.

Those not engaged are a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31); See and rebut following within 30 days if disagree or be held in default, estoppel, and laches.

Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-

COMBATANT PARTY does supersede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal, as I revoke as well as resend via disaffirmance any and all previous contracts and or Powers Of Attorneys entered into during infancy. I (Darrell R. Muhammad El), a Natural Man am the principal having attained the age of Majority, acknowledging and accepting the certificate of title of Live Birth being the sole owner of the instrument and the Holder in Due Course, do hereby exercise the RIGHT OF DISAFFIRMANCE.

(Darrell R. Muhammad El), herein reference to as PRINCIPAL, in the County of (MARICOPA) of sound mind, does appoint (Darrell R. Muhammad El), a non-adverse, non-belligerent, and non-combatant party, as (his) true and lawful ATTORNEY GENERAL-in-fact. Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does supercede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal. In the principal's name, and for the principal's use and benefit, said ATTORNEY GENERAL-in-fact *has full and complete authorization for the facilitation by the conveyance through any communications in translation for assimilation in account science correction techniques in all facets of Interstate, intrastate, domestic, and foreign commerce relations with full protection of Safe Harbour and Sinking Funds Provisions for all accounts, proceeds, products, fixtures, and services such as:*

(1) Sell, exchange, buy, invest, *and / or* reinvest any assets *and / or* property *whether by possession and / or ownership,* which may have income production or non-income production assets and property.

(2) Open, maintain, *and / or* close bank accounts: *with express provisions for; demand deposit (checks, custodial) accounts, term deposit (savings) accounts, and certificates of deposit, brokerage accounts, and other similar accounts with depository and repository and financial institutions.*

    (a) Conduct any business with any *depository institution, any repository institution, and all financial* institution *service providers in particular; all issue agents, all transfer agents, and all payout agents* with respect to any of principal's accounts. *With express provisions for creation of* deposits and withdrawals, *acquisition and procurement for all* bank statements, passbooks, drafts, money orders, warrants, certificates, *stocks, shares, bonds, mortgages, encumbrances, liens, financial obligations, promissory notes, bills of exchange, assigns, hardship claims, abandonment claims, salvage claims, quitclaims,* and vouchers; *either assignable to, assignable to the order of,* payable to, pay to, pay to the order of, or *payable to the order of, for* the principal by any *legal* person, *body corporate, body politic, body ecclesiastical, and any* corporation sole..

    (b) Perform any act necessary to deposit, negotiate, sell, transfer, *or exchange* any *legal and / or lawful obligation in the style of a* note, security, bond, stock, share, of the Treasury of the United States of America, *and all Treasuries of every United Nations Member States and all Foreign Governments and their political subdivisions.* (c) Have access to any safe deposit box *whether in possession and / or by ownership* with the express provision for the contents.

(3) Take any and all legal/*lawful* steps necessary to collect any amount or debt due and/or past due, and/or to settle any claim, whether made against or *from affirmation* on behalf of principal against any other person or entity.

(4) Exercise all stock rights as proxy, *with this express provisions for all* rights, *privileges, and powers* with respect to stocks, bonds, debentures, *and / or* other investments.

(5) Maintain and/or operate any business, personal property, and *ownership* interests of, with, for, and by principal.

(6) Purchase and / or maintain insurance, *re-insurance, and / or* bond rights herein.

(7) Enter into *legal and lawful bound* contracts on behalf of principal.

(8) Employ professional and business assistance as may be appropriate.

(9) Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of principal's property *whether as current ownership, possession holder, and / or as potential acquisition and procurements of ownership and / or possession placement, with the express provision for* real estate, real estate rights, *privileges, powers, without limit* to the right to remove tenants and/or to recover possession *and settlement. This express provision without limit is also for* the right to sell *and /* or to encumber any current homestead *possession and /* or ownership *and / or potential possession and / or ownership.*

(10)

(11)

(12)    Transfer any of principal's assets to the trustee of any *style of cestui que trust and / or foreign situs trust; whether it be deed of trust, express trust, irrevocable trust,* revocable trust, *and/or any other legal and/or lawful* creation by principal, *whether or not said* such trust is in existence at the time of such transfer.

(13)    Prepare, sign, and file documents with any governmental body or agency, *with the express provision without limit as* authorization to *implement account science of units of exchange and units of account for all depository and repository events:*

   (a) Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

   (b) Obtain information *and /* or documents from any government *and /* or its agencies; and negotiate, compromise, *and /* or settle any matter with such government *and /* or agency *for any/all lawful* tax matters.

   (c) Prepare applications, provide information, and perform any other act *which is a* reasonable request by any government *and /* or its agencies *whom have either a sworn oath, sworn affirmation, sworn affidavit of appointment, and public bond, lawful insurance provider, and lawful re-insurance provider* in connection with governmental benefits *with the express provision for* military *benefits,* social security benefits, *health benefits.*

(14)    Make gifts from assets to members of family and to such other persons *and /* or charitable organizations with whom principal *does* establish a pattern *to provide gifts.* However, said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT

PARTY may not make gifts of principal's property to the said ATTORNEY GENERAL NONADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY. The Principal hereby appoints Darrell R. Muhammad El, a non adverse, non belligerent, and non combatant party; of MARICOPA, Country of United States of America as substitute Authorization Representative and for the sole purpose *to provide* gifts of property to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY, as *the event does* deem *to be* appropriate.

(15)    Disclaim any interest that might otherwise be *a* transfer or distribution to principal from any other person, estate, trust, *and /* or other entity, as may be appropriate.

Said ATTORNEY GENERAL-in-fact shall not be liable for any loss that results from a judgment error that was made in good faith. Wherein, said ATTORNEY GENERAL NON-ADVERSE, NONBELLIGERENT, NON-COMBATANT PARTY *is given grant for a* HOLD HARMLESS and FULL INDEMNITY *stance in law,* in good faith *performance of duty as active action through the* authority of this Power of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NONCOMBATANT PARTY. Principal authorizes said ATTORNEY GENERAL NON-ADVERSE, NONBELLIGERENT, NON-COMBATANT PARTY to further indemnify and hold harmless any third party who accepts and acts under good faith to uphold this document.

(3) Herein given through gift and by grant to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY full power and authority to do all and every act and thing whatsoever requisite and necessary to be done relative to any of the

current events and their continuation as fully to all intents and purposes as principal might or could do if personally present.

## REGISTRATION FOR MEMORIAL AN AFFIDAVIT BY THE OWNER OF COLLATERAL SECURITY

As per statute the following is being placed on the public record:
Birth Certificates: The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that (he) is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

I, (Darrell R. Muhammad El), a Natural Man place on the record before this body my certificate of live birth, for registration and to serve as a memorial for and to all future generations. I am the official registered owner of the certificate of live birth attached hereto, and the associated interests, trusts, to include the Cestui Que;

As the affiant I (Darrell R. Muhammad El), a Natural Man state that I am familiar with the facts as stated in the certificate:

1.   That I was Produced on (███████████);

2.   That my family followed a long tradition of not naming a child until after the eighth day of birth;

3.   The was born in (District of Columbia (DC) General), located at the city of (Washington) of the state and Republic of (D.C.).

4.   That my mother's name is (Virginia Baxter);

5.   My father's name is (Raymond Richard ████████ NEWTON Jr.);

6.   My mother was born in Charlotte, North Carolina and my father was born in Washington, District of Columbia;

7.   The birth certificate was created a few days after the birth event on (███████ ███████ in (Washington) of the Republic of (D.C.), signed by my mother, the treating Physician, and the local register recorded this event on (October 07, 1965) as stated in the certificate of live birth;

8.   The serial number for the certificate of live birth is #(108-65 22130); DC846215 registered with the county of (N/A);

9.   The Social Security number associated with this certificate of live birth which is evidence of an estate, is – ████ 1613

10.  The birth certificate instrument carries the Great Seal of the State of (D.C.), and an official notary stamp of certification as to authenticity of the certificate of live birth;

a.   According to the law of evidence in the United States self-authenticating documents are that which can be admitted into evidence at a trial without proof being submitted to support the claim that the document is what it appears to be. In short, these are documents those which do not require outside evidence of authenticity in order to be admitted in evidence.

b.   GOOD FAITH AND CREDIT CLAUSE: The Full Faith and Credit Clause—Article IV, Section 1, of the U.S. Constitution—provides that the various states must recognize legislative acts, public records, and judicial decisions of the other states within the United States. It states that "Full Faith and Credit shall be given in each State to the public Acts, Records, and Judicial Proceedings of every other State." The statute that implements the clause, 28 U.S.C.A. § 1738,

further specifies that "a state's preclusion rules should control matters originally litigated in that state." The Full Faith and Credit Clause ensures that judicial decisions rendered by the courts in one state are recognized and honored in every other state.

11.    I attest that not only am I familiar with the facts as stated in the certificate of live birth attached hereto, but I am the registered owner of said certificate of title, and the party named in said certificate of live birth, having attained the age of the age of majority on the 18th anniversary of my birth:

a.    "... stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate."

Statement of duress:

This affidavit of duress and void declaration especially includes, but is not limited to, anything relating to government franchises, disclosures of government identifying numbers such as SSN or TIN, tax withholding or reporting forms such as the W-4 contract forms (26 C.F.R. §31 .3401(a)- 3(a) and 26 C.F.R. §31.3402(p)-1), tax returns, or any other declarations of status (e.g. "employee", "taxpayer", "individual", "inhabitant", "U.S. citizen") arising out of any tax, citizenship, or licensing forms provided to the government such as driver's license applications, applications for ID cards, voter registration, or benefit applications. An expanded version of this duress statement is contained at the following address and is hereby incorporated into this document by reference.

## RESIGNATION OF AGENT AND AGENCY

(a)    A registered agent may resign (his) agency appointment by signing and delivering to the Secretary of State for filing a statement of resignation. The statement may include a statement that the registered office is also discontinued.

(b)    On or before the date of the filing of the statement of resignation, the registered agent shall deliver or mail a written notice of the agent's intention to resign to the chief executive officer, chief financial officer, secretary of the corporation, or a person holding a position comparable to any of the foregoing, as named and at the address shown in the annual registration, or in the articles of incorporation if no annual registration has been filed.

(c)    The agency appointment is terminated, and the registered office discontinued if so provided, on the earlier of the filing by the corporation of an amendment to its annual registration designating a new registered agent and registered office if also discontinued or the thirty-first day after the date on which the statement was filed.

I The undersigned natural person, currently listed in the records of the secretary of state as the registered agent authorized to receive service of process for the entity named below, submits this resignation of appointment.

1.    The name of the entity for which the undersigned is designated as registered agent is: (DARRELL R. MUHAMMAD EL)

2.    The file number issued by the secretary to the entity making the appointment is: (108-65 22130)

### Statement of Notice

3.    I ATTEST THAT THIS Written notice of MY resignation has been given by the undersigned registered agent to the entity at the address of the entity most recently known by the agent.        I do here and now disaffirm any and all contracts associated with infancy:

..We said in Western Lawrence County Road Improvement District v. Friedman-D'Oench Bond Co., 162 Ark. 362, 258 S.W. 378, 382: 'At section 537 of Page on Contracts (2d Ed.), it is said: 'One who has entered into a contract which (he) might avoid because of personal incapacity, such as an infant, an insane person, a drunkard, and the like, has the election to affirm such contract, or to disaffirm it, and when (he) has exercised (his) election, with full knowledge of the facts, such election is final...An infant's contracts relating to personal rights or personality may be disaffirmed by him while (he) is still an infant.. 'The general rule, .. is that the disaffirmance of a contract made by an infant nullifies it and renders it void ab initio, ... and an infant may disaffirm contract during (his) minority or within a reasonable time after reaching (his) majority. The general rule, ... is that the disaffirmance of a contract made by an infant nullifies it and renders it void ab initio, and

that the rights of the parties are to be determined as though the contract had not been made, the parties being restored to the status quo * * ...In 27 Am.Jur. Infants, § 11, p. 753; ...43 C.J.S. Infants § 76 c, at page 183; in 43 C.J.S. Infants § 75 b, at p. 171; 43 C.J.S. Infants § 75f, p. 176, Executors and Administrators, § 189; in 43 C.J.S. Infants § 75, p. 176, 43 C.J.S., Infants, § 78, pp. 190, 192....

## ASSUMED NAME RECORD (D.B.A.)

ASSUMED NAME RECORD (D.B.A.) CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION. NOTICE: THIS CERTIFICATE OF OWNERSHIP PROPERLY EXECUTED IS TO BE FILED AND RECORDED WITH THE COUNTY CLERK AS PROVIDED BY LAW.

NAME IN WHICH BUSINESS IS TO BE CONDUCTED: (DARRELL R. MUHAMMAD EL), AND ALL DERIVATIONS OF SAID BUSINESS NAME
BUSINESS TYPE: OTHER, GRANTEE, PRIVATE / PUBLIC / SIGNATURE
BUSINESS DESCRIPTION: COMMERCE, GRANTEE, PRIVATE / PUBLIC / SIGNATURE
STYLE: MAJUSCULE I FORMALLY AND FOREVER STAKE MY CLAIM ON THE NAME (DARRELL R. MUHAMMAD EL) AS THE OWNER OF THE TRUE AND REAL NAME: Private Attorney in fact In Proper Persons, (Darrell R. Muhammad El)
OWNER DESCRIPTION: Grantor / Returnee / Settlor / Beneficiary / Trustor / Signature
POST OFFICE [PHYSICAL]: c/o 1944 West Thunderbird Road #W248, Phoenix, Arizona 85023
STYLE: Bicameral & Surname

NOTICE: I claim all Titles and Deeds and want all such paperwork related to said D.B.A. to be returned. I am claiming the Writ of Habeas Corpus to institute and maintain actions of any kind in the courts of this state. To take hold of and dispose of property either real, intangible or personal and exemptions from taxes or impositions. Under the form of creating a qualification or attaching a condition, the states cannot, in effect, inflict a punishment for a past act which was not punishable at the time the act was committed. I, the undersigned, am the owner of the above business and name and address given are true and correct and there are no other owners of said business.
COST SCHEDULE: 110% of assessed value of the total assessment and costs plus 40% interest at the time of accumulated engagement.

I, (Darrell R. Muhammad El), hereby Certify, Attest as well as affirm that I was born ▬▬▬▬▬▬▬ that the Certificate of Live Birth, Registration Number 108-65 22130; Address: 1900 Massachusetts Avenue, SE Washington D.C.; Property Type: Commercial / Industrial; belongs to Me, I'm the Owner.

I further attest, affirm, DECLARE, as well as certify that I have firsthand actual knowledge of all of the events described herein. That the legal document, certificate of title, security instrument noted above carries information of my name as well as other credentials that of no other person, I am the owner. That I have resigned as registered agent for the agency associated with this instrument, and did so by sending proper notification to Responsive parties. That I hereby withdraw any and all permissions extended to any and every party at any and every time to oversee my

properties with reference to this instrument, my securities, and/or my interest, I am the true holder in due course, and disaffirm any and all contracts to the contrary.

I have attained the age of majority, I am competent, and capable of handling my own affairs and require/request that this be reflected in all records associated thereto/hereto immediately! I hereby of my own accord and in compliance with the Age of Majority Act and the associated local act[s] assume, commander, seize control of any and all accounts, assets, affairs associated with the minor account[s] and any and all primary account[s], heretofore, forthwith, retroactively, and perpetually.

The record shall reflect the attaining of the age of majority/adulthood, binding upon all jurisdictions, that I am a Native American, born in North America of the Republic of (D.C.), city of (Washington), in the County known as (N/A), on the date indicated on the certificate of live birth, and this is my will, and I place this information as a Memorial of my will, and do so attesting under the organic Constitution of the United States of America, that the aforementioned information is accurate AND I DO HEREBY ATTEST, DECLARE AS WELL AS AFFIRM THAT I HAVE

NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL (ARIZONA),

DISTRICT OF COLUMBIA AND STATE OF (ARIZONA) STATE STATUTES, CODES, REGULATIONS, ADMINISTRATIVE ORDERS, EXECUTIVE ORDERS, QUASI-EXECUTIVE/ADMINISTRATOR/LEGISLATIVE ORDERS WHERE  No general law affecting private rights- and all of (DARRELL R. MUHAMMAD EL)'s actions are to be forever construed as private actions, done in a private citizen capacity, shall be varied in any particular case, by special legislation, except BY the free consent, in writing of all persons to be affected thereby;

TAKE NOTICE THAT: all agents, representatives, parties principal and or otherwise are hereby estopped, prohibited, and/or ordered to cease and desist any and all further contact, contracts, attempts to impede, infringe upon, intercept, commander, seize, prevent, and or otherwise interfere in the life, and/or other experiences and/or affairs of the presenter (Darrell R. Muhammad El) and/or (his) interest and/or affairs heretofore, henceforth, retroactively and/or perpetually. I hereby disaffirm, disavowal, and forever suspend any and all contracts entered into during infancy. You are hereby commanded an ordered to cease and desist with reference to and/or concerning my affairs, my estate, my trust, my interests, my essence, my property, my accounts, your assistance is not warranted, necessary, and/or needed henceforth;

DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST CONGRESS, Sess III. CH. 62. 1871

Sec. 17.  And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases, that is to say: ... regulating the practice in courts of justices of the peace, police magistrates, or constables; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors; remitting fines, penalties, or forfeitures; the sale or mortgage of real estate belonging to minors or others under disability; changing the law of descent; ... granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever,  The legislative assembly shall have no power to ... authorize any company or individual to issue notes for circulation as money or currency.

Sec. 20. And be it further enacted, That the said legislative assembly shall not have power to pass any ex post fact law, nor law impairing the obligation of contracts, nor to tax the property of the United Sates, nor to tax the lands, or other property of nonresidents higher than the lands or other property of residents; ..., as hereinafter [herein before] provided.

AND TAKE FURTHER NOTICE THAT I, (DARRELL R. MUHAMMAD EL), did not consent for me or my private property to being a 14th amendment section 1 citizen of the U.S. or state of (ARIZONA) or any other state sub-class, minor, infant, incompetent person and/or entity and disaffirm any other obligation entered into knowingly or otherwise any other quasi-consent, especially since this was done while I was considered/construed a baby/infant/incompetent person/minor, as

such contracts would have put me under legal disability to contract, and not capable of such a contract, as the above mention (1910) **(ARIZONA)** Constitution said.

AND TAKE FURTHER NOTICE THAT i, "**(Darrell R. Muhammad El)**, of the age of Majority," Reserve my right to sue you and all your agency and contractors administratively or otherwise for using my name or my property **(DARRELL R. MUHAMMAD EL), OF THE AGE OF MAJORITY/(DARRELL R. MUHAMMAD EL)** FOUNDATION. That as a direct result of Executive Order's 2039 & 2040, and **The Emergency Economic Banking Relief Act of March 9,1933, and The Gold Repeal Act of June 5 and 6, 1933;** that my use of any emergency scrip it's only because I have not been given my correct allowance and have no access to lawful monies, and I do hereby accept and declare my own state of emergency what respects to my financials, my estate, and my interest commercially and otherwise.

AND TAKE FURTHER NOTICE THAT the material facts giving rise to the constitutional question are as follows:

1. unalienable rights, protected by Original (1910) **(ARIZONA)**, in particular the right of travel have been violated; in the past.

"that the authority of the department of safety and DMV is limited to only the commercial users of the public ways and that the corporate state employees have, by their silence, failed to fully inform the sovereign people of this state that an automobile has been confirmed, to be "household goods" and "consumer goods" "private property" defined by current UCC 9-109, as not for commercial use or for profit or gain. Further, the courts have found that corporate public servants who ignore their accountability as mandated in the Bill of Rights have by their silence and failure to fully inform the sovereign people of the consequences arising from the corporate "offer to contract," is deemed silent deception and inducement by fraud.

2. unalienable rights were violated; protected by Original **(ARIZONA)** Constitution and the Northwest Ordinance of 1789 The right of the people to be secure in their persons, houses, papers and effects, against unreasonable seizures and searches shall not be violated; and no warrant shall issue but on probable cause, supported by oath or affirmation, particularly describing the place to be searched, and the persons and things to be seized.

In accordance with the Emancipation Proclamation issued by Executive Order of President Abraham Lincoln On January 1, 1863 and the still-standing order of Abraham Lincoln acting as Commander-in-Chief of the United States Army and Navy, all Federal Officers and Government Officials in every capacity and at every level are given Notice of the following;

That on the first day of January, in the year of our Lord one thousand eight hundred and sixty-three (1863), <u>all persons held as slaves within any State or designated part of a State, the people whereof shall then be in rebellion against the United States, shall be then, thenceforward, and forever free;</u> and the Executive Government of the United States, including the military and naval authority thereof, will recognize and maintain the freedom of such persons, and will do no act or acts to repress such persons, or any of them, in any efforts they may make for their actual freedom." — President and Commander-in-Chief.

The President issued the Emancipation Proclamation in the midst of the Civil War by an Executive Order on January 1, 1863, under his authority as Commander in Chief of the Army and Navy, pursuant to Article II, section 2 of the United States Constitution, and relying on martial power to suspend civil law in those states which were in rebellion; and

WHEREAS, The Emancipation Proclamation applied in ten states, specifically: Arkansas, Texas, parts of Louisiana, Mississippi, Alabama, Florida, Georgia, South Carolina, North Carolina,

and parts of Virginia, that were still in rebellion in 1863; it did not cover the nearly 500,000 slaves in the slave-holding border states of Missouri, Kentucky, Maryland or Delaware; and

WHEREAS, The Proclamation provided the legal framework for the emancipation of nearly all four million slaves as the Union Armies advanced, and committed the Union to ending slavery, which was accomplished by July 1865 when nearly all four million slaves were freed; and

WHEREAS, The Proclamation also announced that the freed slaves would be accepted into the Union Army and Navy, enabling the liberated to become liberators, so that by the end of the war almost 200,000 African-American soldiers and sailors had fought for the union and freedom; and



WHEREAS, The Proclamation served as a forerunner to the passage by the Congress of the United States, and the ratification by the states in 1865, of the Thirteenth Amendment which ensured the abolition of slavery everywhere in the United States; and That numerous persons named after states and people have been press-ganged, kidnapped, and enslaved for the profit of private, mostly foreign-owned corporations and that those persons have been deliberately manipulated by those responsible so as to bring false claims against the actual states of the union and the actual people of the United States;

That all these persons are considered slaves and treated as criminals by definition under the 14th Amendment to the Constitution of the United States of America and that they do or have in the past included a foreign situs trust called (Darrell R. Muhammad El), a Cestui Que Vie ESTATE trust called (DARRELL R. MUHAMMAD EL), and a public transmitting utility called (DARRELL R. MUHAMMAD EL);

That all these similarly named corporate franchises have been created and operated without the knowing consent and agreement of the free-born living Man (Darrell R. Muhammad El) who was never told about this abuse of (his) given name this infringement upon (his) copyright and this disrespect of (his) position

as Holder in Due Course and Entitlement Holder of (his) earthly estate and who is not at fault for the mismanagement of these corporate franchises; That the living Man (Darrell R. Muhammad El) is not deceived and is owed (his) freedom and (his) estate free and clear of all false presumptions, claims, debts, deliberate confusions and acts of personage against (his) and against (his) private property including (his) inherited Trade Names: (Darrell R. Muhammad El), and (Darrell R. Muhammad El);

That the living Man (Darrell R. Muhammad El) relies upon the Emancipation

Proclamation to secure the willing and ready assistance (he) requires of all federal officials and officers at every level including federal state and territory officials to honor and assist in emancipating --that is--liquidating all of the en legis slaves on paper that have been named after (him) and used as a means to control and defraud (him) of (his) estate.

AND TAKE FURTHER NOTICE THAT i, (Darrell R. Muhammad El), of the age of Majority, DEMAND, for you to put the name (DARRELL R. MUHAMMAD EL), OF THE AGE OF

MAJORITY; (DARRELL R. MUHAMMAD EL) FOUNDATION, ON THE DO NOT STOP, DO

NOT DETAIN LIST FOR WASHINGTON D.C., (ARIZONA) STATE and all the OTHER STATES. i reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA and STATE of (ARIZONA) STATE Constitutions, inalienable as well as alienable rights as i determine at any given time. i do not accept nor do i recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution, and waive any part of said privileges and/or benefits associated thereto. TAKE NOTICE THAT there will be a charge of $12,000.00 and up dollars against you and your agencies or contractors, this shall constitute an ili revocable contract where you agree to pay this amount to me, (Darrell R. Muhammad El), of the age of Majority in the Name (DARRELL R. MUHAMMAD EL), FOR THE TRESPASS of my unalienable rights, protected by the Original (1910) {ARIZONA} State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871.

As owner of said certificate, securities, bond, Estate, agency, trust, properties, assets etc, al., i am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

AND TAKE FURTHER NOTICE THAT THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence as recognized by basic fundamental due process requirements

respecting notification, you have 72 hrs. to answer, then this contract is law.  I declare under
penalty of perjury under the Constitution of the United States of America and of the state of
(Arizona) that the aforegoing is accurate as attested so help me God." " "

**************************A SERIOUS EMERGENCY EXISTS/EXTANTIIIIIIIII***************

"Be it enacted by the Senate and the House of Representative of the United States of
America in Congress assembled, That the Congress hereby

declares that a serious emergency exists and that it is imperatively necessary speedily
to put into effect remedies of uniform national application."

"Whereas, under the Act of March 9, 1933, all Proclamations heretofore or hereafter
issued by the President pursuant to the authority enforced by section 5(b) of the Act of
October 6, 1917, as amended, are approved and confirmed." [President Roosevelt's
Proclamation 2040].

"During time of war or during any other period of national emergency declared by the
President, the President may, through any agency that he may ... regulate, or prohibit
under such rules and regulations ... by means of licensure ... any ... transactions of
credit between or payments by banking institutions as defined by the President and ...
currency, by any person within the United States or anyplace subject to the jurisdiction
thereof." [Title 1, Sec. 2, 48 Statute 1, March 9, 1933]

"Bank holiday of 1933. Presidential Proclamations No. 2039, issued March 6, 1939, and
No. 2040, issued March 9, 1933, temporarily suspended banking transactions by
member banks of the Federal Reserve System... The first proclamation, it was held, had
no authority in law until the passage on March 9, 1933, of a ratified act (12 U.S.C.A. §
95b). The present law forbids member banks of the Federal Reserve System to transact
banking business, except under regulations of the Secretary of the Treasury, during an
emergency proclaimed by the President. 12 U.S.C.A. § 95." [Black's Law Dictionary,
5th Edition];

"The Secretary of the Treasury will issue licenses to banks which
are members of the Federal Reserve system whether national
bank or state, located in each of the 12 Federal Reserve bank
cities, to open Monday morning." [President Roosevelt's papers]

"When required to do so by the Secretary of the Treasury,
each Federal Reserve agent   shall act as agent of the Treasurer of the
United States or of the Comptroller of the currency, or both, for the
performances of any functions which the Treasurer or the Comptroller may
be called upon to perform in carrying out the provisions of this paragraph.
[48 Stat. 1]

"Whenever in the judgment of the Secretary of the Treasury such action is necessary to
protect the currency system of the United State, the Secretary of the Treasury, in his
discretion, may regulate any or all individuals, partnerships, associations and
corporations to pay and deliver to the Treasurer of the United States any or all gold   ...
Whoever shall not comply with the provisions of this act shall be fined not more than
$10,000 or if a natural person, may in addition to such fine may be imprisoned for a
year, not exceeding ten years." [Stat 48, Section 1, Title 1, Subsection N, March 9,
1933]

"During this banking holiday it was at first believed that some form of script or emergency
currency would be necessary for the conduct of ordinary business. We knew that it would  be
essential when the banks reopened to have an adequate supply of currency to meet all
possible demands ... On March 7, 1933, the Secretary of the Treasury issued a regulation
authorizing clearing houses to issue demand certificates ... this authority was not to become
effective until March 10th ... after the passage of the Emergency Banking Act of March 9, 1933
(48 Stat. 1) ... the act made possible the issue of the necessary amount of emergency currency
in the form of Federal Reserve Bank Notes which could be based on any sound assets owned
by the banks." [Roosevelt's papers]

"That (a) every provision contained in or made with respect to any obligation which
purports to give the obligee a right to require payment in gold or particular kind of coin or
currency, or in an amount of money of the United States measured thereby is declared

*to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred." [THE GOLD REPEAL ACT of June 5, 1933]*

The new currency was supposed to be Federal Reserve Bank Notes. These notes were to be backed by "direct obligations of the United States" which are Treasury notes. However, what we have today in circulation is emergency script, or for lack of a better term emergency [nonvalue] currency. The treasury on its own website has admitted that the Federal Reserve note, [not to be mistaken for the Federal Reserve bank note, which is backed by the full faith and credit of the United States government, i.e. legal tender], has no value at all, and is backed by nothing- Federal Reserve notes are not redeemable in gold, silver or any other commodity, and receive no backing by anything This has been the case since 1933. The notes have no value for themselves." https://www.treasury.gov/resource-center/faqs/Currency/Pages/legaltender.aspx

This can be further proven by excepts from the Congressional Record during the debate over the Emergency Banking Act of 1933.

a.     [Mr. McPhadin] "... The first section of the bill, as I grasped it, is practically the war powers that were given back in 1917. I would like to ask the chairman of the committee if this is a plan to change the holding of the security back of the Federal Reserve notes to the Treasury of the United States rather than the Federal Reserve agent."

b.     [Mr. Stiggle] "This provision is for the issuance of Federal Reserve bank notes; and not for Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section to which the gentleman has referred."

   1.  In 1934 the Supreme Court announced that that banking emergency was still ongoing HOME BLDG. & LOAN ASS'N v. BLAISDELL, (1934) "Appellant contests the validity of chapter 339 of the Laws of Minnesota of 1933, p. 514, approved April 18, 1933, called the Minnesota Mortgage Moratorium Law, [290 U.S. 398, 416] The act provides that, during the emergency declared to exist..."

   2.  Did you see the Supreme Court of the United States stated that case that started April 1933 was relevant to the EMERGENCY DECLARED TO EXIST, present tense.

   3.  In fact, The Emergency was not to end until there was another Executive Order and/or declaration "

Recognizing the limitations of the legal authority the President had cited for his declaration of a national bank holiday, the legislation amended § 5(b) of the Trading with the Enemy Act to allow it to be used not only in time of war but also "during any other period of national emergency declared by the President." The banking legislation also declared that "a serious emergency exists," conferred extensive discretionary powers over the banking and currency systems on the President and the basis of this expansive statutory authority, the President in Proclamation No. 2040 on March 9 extended the national emergency and the bank holiday he had declared on March 6 "until further proclamation by the President", In the middle of that decade the Senate created a Special Committee on National Emergencies and Delegated Emergency Powers to conduct an investigation into Presidential use and abuse of emergency powers.

On the basis of that Committee's findings and recommendations, Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

(1) With one pertinent exception, it terminated "all powers and authorities possessed by the President, any other officer or employee of the Federal Government, or any executive agency, ... as a result of the existence of any declaration of national emergency in effect on September 14, 1976." The Senate Special Committee had found that not only President Roosevelt's 1933 proclamation of a national emergency but also a proclamation by President Truman and two by President Nixon were still extant. Technically, the

**National Emergencies Act did not repeal or terminate those four declarations of national emergency.**

    **i.**    EXTANT- it's the legalese word, it means still in existence, still active, still binding, still alive, it means that it hasn't been repealed. This was the 1976 Senate stating for a fact, that the declarations issued by Pres. Roosevelt in 1933 respecting the national emergency, were still in effect, imagine that we are still in a national emergency after all these years, Government do anything right?

    4. It must be noted that the emergency holiday foresaw the necessity for ordinary business to be conducted, however, this was with the provision that there would be an adequate supply of currency to meet demand, I never received my adequate supply of currency as was promised and as such I cannot operate or conduct ordinary business during the emergency, which means my government has failed to provide me a remedy which it is under obligation to do so.

provisions of this section are concerned, yes."————————— [it is from this that we can deduce that there was no intention of Congress to stand behind Federal Reserve notes, as the statute known as the emergency economic making relief act of March 9, 1933 never authorize the use of Federal Reserve notes, it specifically stated that they were to be Federal Reserve bank notes].————————

    **d.**    [Mr. Britain} "From my observations of the bill as it was read to the House, it would appear that the amount of bank notes that might be issued by the Federal Reserve System is not limited. That will depend entirely upon the mount of collateral that is presented from time to time from exchange for bank notes. Is that not correct?"

    **e.**    [McPhadin] "Yes, I think that is correct."

### THE EMERGENCY CONTINUES

In 1934 the Supreme Court announced that that banking emergency was still ongoing HOME BLDG. & LOAN ASS'N v. BLAISDELL, (1934) "Appellant contests the validity of chapter 339 of the Laws of Minnesota of 1933, p. 514, approved April 18, 1933, called the Minnesota Mortgage Moratorium Law, [290 U.S. 398, 416] The act provides that, during the emergency declared to exist..."

The Supreme Court of the United States stated that case that started April 1933 was relevant to the EMERGENCY DECLARED TO EXIST, present tense. In fact, The Emergency was not to end until there was another Executive Order and/or declaration "

'Recognizing the limitations of the legal authority the President had cited for his declaration of a national bank holiday, the legislation amended § 5(b) of the Trading with the Enemy Act to allow it to be used not only in time of war but also "during any other period of national emergency declared by the President." The banking legislation also declared that "a serious emergency exists," conferred extensive discretionary powers ... the President in Proclamation No. 2040 on March 9 extended the national emergency and the bank holiday he had declared on March 6 "until further proclamation by the President", in the middle of that decade the Senate created a Special Committee on National Emergencies and Delegated Emergency Powers to conduct an investigation into Presidential use and abuse of emergency powers.

On the basis of that Committee's findings and recommendations, Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

**(1) With one pertinent exception, it terminated "all powers and authorities possessed by the President, any other officer or employee of the Federal Government, or any executive agency, ... as a result of the existence of any declaration of national emergency in effect on September 14, 1976." The Senate Special Committee had found that not only President Roosevelt's 1933 proclamation of a national emergency ... were still extant. Technically, the National Emergencies Act did not repeal or terminate those four declarations of national emergency.**

ii.   EXTANT- it's the legalese word, it means still in existence, still active, still binding, still alive, it means that it hasn't been repealed. This was the 1976 Senate stating for a fact, that the declarations issued by Pres. Roosevelt in 1933 respecting the national emergency, were still in effect, imagine that we are still in a national emergency after all these years, Government do anything right?

It must be noted that the emergency holiday foresaw the necessity for ordinary business to be conducted, however, this was with the provision that there would be an adequate supply of currency to meet demand, I never received my adequate supply of currency as was promised and as such I cannot operate or conduct ordinary business during the emergency, which means my government has failed to provide me a remedy which it is under obligation to do so.

AND TAKE FURTHER NOTICE THAT I, (Darrell R. Muhammad El), of the age of Majority, DEMAND, for you to put the name (DARRELL R. MUHAMMAD EL), OF THE AGE OF MAJORITY;
(DARRELL R. MUHAMMAD EL) FOUNDATION, ON THE DO NOT STOP, DO NOT DETAIN
LIST FOR WASHINGTON D.C., ARIZONA STATE and all the OTHER STATES. i reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA AND STATE OF ARIZONA STATE Constitutions, inalienable as well as alienable rights as i determine at any given time.

i do not accept nor do i recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution, and waive my part of said privileges and/or benefits associated thereto. TAKE NOTICE THAT there will be a charge of $12,000.00 and up dollars against you and your agencies or contractors, this shall constitute an ill revocable contract where you agree to pay this amount to me, (Darrell R. Muhammad El), of the age of Majority in the Name (DARRELL R. MUHAMMAD EL), FOR THE TRESPASS of my unalienable rights, protected by the Original 1910 Arizona State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871.

As owner of said certificate, securities, bond, Estate, agency, trust, properties, assets etc, al., i am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

*Affidavit of*
*Pledged Collateral Security in the Interest of the United States Government*

*Assignment of Revisionary Interest in (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY -*
*Collateral (965476765425795AD09071965) ) to the United States Government by way of the District Director of Internal Revenue in the interest of the United States Government*

In accordance with 12 U.S. Code § 95 a (2); I, (Darrell R. Muhammad El) (Power of Attorney & Beneficiary CAF# ON-FILE) on behalf of (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY) pledge, guaranteed by collateral (965476765425795AD09071965) (18 U.S. Code § 8 - Obligation or other security of the United States defined) have fully assigned the reversionary interest in
(DARRELL R. MUHAMMAD EL) to the United States Government by way of the District Director of
Internal Revenue in the interest of the United States Government. i am aware that the Government obligation refers to a public debt obligation of the United States Government (in

accordance with 31 CFR 225.2) and an obligation whose principal and interest is unconditionally guaranteed by the United States Government (in accordance with 31 U.S. Code § 3123 – Payment of obligations and interest on the public debt and 12 U.S. Code § 411 – Issuance to reserve banks; nature of obligation; redemption). Interest accruing upon Government obligations pledged to the United States by way of the District Director of Internal Revenue in accordance with this part will be remitted to

(DARRELL R. MUHAMMAD EL). Please review 31 U.S. Code § 3123 and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-2).

### 18 U.S. Code § 8 - Obligation or other security of the United States defined

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

### 12 U.S. Code § 95 a (2) - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties

Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.

**I AM NOT BANKRUPT AND DID NOT CONSENT TO THE COMMANDEERING OF MY PROPERTY AT NO TIME NOR THE SURRENDERING OR THE SUSPENDING OF ANY OF MY RIGHTS PROPERTY OR OTHERWISE. I AM NOT AN ENEMY BUT A FRIEND OF THE UNITED STATES OF AMERICA AND REBUT ANY PRESUMPTION TO THE CONTRARY!!!!!!!!!!!!!!!!!!!!!!!!**

By: _____
(Darrell R. Muhammad El)- Power of Attorney & Beneficiary (CAF# ON-FILE) on behalf of (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY)

### COLLATERAL AGREEMENT

*Pledged Collateral (9654767654257954D09071965); Assignment of Revisionary Interest in (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY) to the United States Government by way of the District Director of Internal Revenue in the interest of the United States Government*

This collateral agreement is executed by (Darrell R. Muhammad El) (Power of Attorney & Beneficiary CAF# ON-FILE) on behalf of (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY) and collateral (9654767654257954D09071965) (18 U.S. Code § 8 - Obligation or other security of the United States defined) which will ensure the performance and terms of this agreement. *Please review IRM 5.6.1.1 (10-25-2011) Collateral Agreements (1).*

I, (Darrell R. Muhammad El) pledge, guaranteed by collateral (9654767654257954D09071965); to the United States (hereinafter called the Government), by way of the District Director of Internal
Revenue, regarding all past, present, and future public debt obligation incurred by (DARRELL R.

Page 16 of 17

MUHAMMAD EL) within the United States Government as per 31 CFR 225.2 - Government obligation. To honor the pledge of (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY), I fully assign the reversionary interest in (DARRELL R. MUHAMMAD EL) to the United States Government as per 12 U.S. Code § 95 a (2), by way of the District Director of Internal Revenue in the interest of the United States Government. *Please review IRM 5.6.1.2 (10-25-2011) Types of Acceptable Securities, 18 U.S. Code § 8 - Obligation or other security of the United States defined and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-1).*

I am aware that the Government obligation refers to a public debt obligation of the United States Government and an obligation whose principal and interest is unconditionally guaranteed by the United States Government. *Please review 31 CFR 225.2, 31 U.S. Code § 3123 - Payment of obligations and interest on the public debt, 12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6).* The value of said collateral is sufficient to protect the interest of the Government throughout the life of this agreement. Considerations were given regarding possible market fluctuations prior to giving value to said collateral. Please utilize pledged collateral (365476765425795 4D09071965) to resolve all public debt obligations including tax liabilities in connection with (DARRELL R. MUHAMMAD EL).
Nothing shall affect or impair the priority of any claim of the United States against Government obligations. *Please review IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6), 31 CFR 225.2, 31 U.S. Code § 3123 and 12 U.S. Code § 411.* The District Director of Internal Revenue or assignees will take all reasonable and appropriate steps to ensure that all procedures or transactions conform to the appropriate provisions thereof including precautionary measures taken to safeguard the collateral. *Please review IRM 10.2.13. Information Protection.* Collateral shall be deposited with the district director or, in his/her discretion, with a responsible financial institution acting as escrow agent.

Interest accruing upon Government obligations pledged to the United States by way of the District Director of Internal Revenue in accordance with this part will be remitted to

(DARRELL R. MUHAMMAD EL). *Please review 31 U.S. Code § 3123 and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-2).* The District Director will return the Government obligations, and any interest retained therefrom, to (DARRELL R. MUHAMMAD EL), without written application from (DARRELL R. MUHAMMAD EL), when the District Director determines that the Government obligations are no longer required under the terms of the collateral agreement.

Please contact me regarding this matter should any question(s) arise.

Sincerely yours,
By _____
(Darrell R. Muhammad El- Power of Attorney & Beneficiary (CAF# ON-FILE) on behalf of (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY)

**12 U.S. Code § 95 a (2) - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties**
(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.

**12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption**
Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal

Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

**31 CFR 225.2 – Definitions - Government obligation**
Government obligation means a public debt obligation of the United States Government and an obligation whose principal and interest is unconditionally guaranteed by the United States Government.

**18 U.S. Code § 8 - Obligation or other security of the United States defined**
The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.


## NOTICE OF INTENT

The accompanying documents are private. Any presumption of criminal intent which would result in an unwarranted conclusion of law that (Darrell R. Muhammad El) (American National/Power of Attorney & Beneficiary CAF# ON-FILE) on behalf of (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY) and (DARRELL R. MUHAMMAD EL) (U.S. CITIZEN/STATE AGENCY) is involved in a material scheme or artifice to defraud financial institutions (including foreign financial institutions that are without the United States or the United States Government) within the United States or the United States Government is herein rebutted.

This and subsequent transactions actions of the presenter/drawer should in no way be deemed to be knowingly and intentionally adversely affecting interstate or foreign commerce, or attempting or conspiring to use any counterfeit, fictitious, altered, forged, lost, stolen, or fraudulently obtained debt instrument to obtain money, goods, services, or anything else or value (See 15 U.S.C. §1693). No construction should be placed on the action of the drawer that the intent is an unlawful attempt to access a fictitious account. This transaction is the product of a private contract (Collateral Agreement - Pledged Collateral (865476765425795400900719659)) which has been pledged to the United States Government by way of the District Director of Internal Revenue in the interest of the United States Government.

All that said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY shall lawfully do or cause to be done under the authority of this power of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY is *express emergency approval*. ALL VALID BY THE PRESCRIPTION OF THE LAW OF NECESSITY AND THE DOCTRINES OF UNCONSCIONABILITY AND LA MORT SAISIT LE VIF IN ACCORDANCE WITH APPLICABLE LAWS, CARDINAL ORDERS, ORDINAL ORDERS, AND COMMERCIAL STANDARD; PROVIDES FOR FULL ABSOLUTION THROUGH REDEMPTION.

The spelling, sentence structure, sentence context, the omissions, and or intermissions do not add or take away from the validity of this instrument if anything is held to be invalid and does not invalidate any other section or the impact or validity of the instrument in its entirety.

X _(signature)_     DATE: November 29th, 2022
THE BENEFICIAL OWNER OF THE CESTUI QUE

**EQUITABLE TRUST**

JURAT

**STATE OF ARIZONA**
**COUNTY OF MARICOPA**

On November ___29th___, 2022, before me ___Arnetti Morris Notary Public___ Notary Public, personally stood Darrell R. Muhammad El, a natural person, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

Witness my hand and the official seal of my office.
Signature ___Arnetti Morris Notary Public___
       ___3-7-2023___
My commission expires: _____          SEAL





CERTIFICATION OF VITAL RECORD

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF HEALTH
### CERTIFICATE OF LIVE BIRTH

**DISTRICT OF COLUMBIA DEPARTMENT OF PUBLIC HEALTH**

### CERTIFICATE OF LIVE BIRTH

OCT 5 1965

BIRTH NO. 65 22130

**1. PLACE OF BIRTH**

Washington, D. C. | Name of Hospital or Institution (If not in Hospital, give street address) Freedmen's

**2. USUAL RESIDENCE OF MOTHER (Where does mother live?)**

State D. C. | County | c. City, Town, or Location Washington

4. Street Address 1320 Harvard Street, N. W. | Is Residence Inside City Limits? Yes ☒ No ☐ | Is Residence on a Farm? Yes ☐ No ☐

**CHILD**

3. CHILD'S NAME (Type or Print) (First) (Middle) (Last)

4. SEX Male ☒ Female ☐ | 5a. THIS BIRTH Single ☒ Twin ☐ Triplet ☐ | 5b. IF TWIN OR TRIPLET (This child is born) 1st ☐ 2nd ☐ 3rd ☐ | 6. DATE OF BIRTH (Month) (Day) (Year)

**FATHER OF CHILD**

7. NAME (First) Raymond (Middle) (Last) Newton | 8. COLOR OR RACE Negro

9. AGE At time of this birth 30 YEARS | 10. BIRTHPLACE (State or foreign country) D. C. | 11a. USUAL OCCUPATION Clerk | 11b. KIND OF BUSINESS OR INDUSTRY

**MOTHER OF CHILD**

12. MAIDEN NAME (First) Virginia (Middle) (Last) Briggs | 13. COLOR OR RACE Negro

14. AGE At time of this birth 27 YEARS | 15. BIRTHPLACE (State or foreign country) N. C. | 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child)
a. How many OTHER children are now living? 2 | b. How many OTHER children were born alive but are now dead? 0 | c. How many children were still-born (born dead after 20 weeks)? 0

17. INFORMANT Mrs. Virginia B. Newton Parent ☐ Other ☐

18. SIGNATURE M. D.

NAME Mrs. Virginia B. Newton | 19. ADDRESS

ADDRESS 1320 Harvard Street, N. W.

CITY Washington STATE D. C. | 20. DATE SIGNED

    item 12 should read: VIRGINIA BAXTER
    childs name should read: DARRELL R. NEWTON
    taken from supplement filed: 6-4-81

DC846215

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Vital Records Division, Department of Health, District of Columbia.

DATE ISSUED

*Julia E. Davidson-Randall*
Julia E. Davidson-Randall, Registrar

**JUNE 24, 2008**



WARNING: IT IS UNLAWFUL TO MAKE COPIES OF THIS DOCUMENT AND PRESENT THEM AS AN OFFICIAL COPY OF AN ORIGINAL CERTIFICATE.

**UCC-1**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
assistenza@vaticano.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

His Holiness Pope Francis

00120 Via Del Pellegrino

Citta del Vaticano, IT 00120

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

MD DEPT. OF ASSESSMENTS & TAXATION
231020-1804001    NS
Lapse Date: 10/20/2053
Date:    10/20/2023
Time    6:04 PM
Page Count:    3 Pg
Debtor Count:    4
Filing Fees:    $25.00
Electronic    $0.00
Records Access:
Total:    $25.00
Order ID#    66560936

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DARRELL RAMON MUHAMMAD EL | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1944 WEST THUNDERBIRD ROAD | UNIT W 248 | MARICOPA | AZ | 85023 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AVANTI LATITUDE TIC OWNER LLC | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1700 Broadway | Suite 200 | Denver | CO | 80290 | US |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | muhammad el | darrell | ramon | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1944 West Thunderbird Road | Unit W248 | Maricopa | AZ | 85023 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
I have a security interest in all commodity accounts, investment accounts, trust accounts, and FDIC insured policy accounts, with all tax proceeds and collateral.
Interest in the said apartment located at 1944 West Thunderbird Road, Unit number: #W248, Phoenix Arizona 85023, Building number: 26, 2 bedroom, 1 bath, 816 square feet, APN/Parcel Number: 208-32336A, consumer credit contract/lease agreement; 16 CFR 433.2, STATE OF ARIZONA, 1700 WEST WASHINGTON ST., F17 PHOENIX ARIZONA, 85007-2808, lot size: 15.496, total sq. ft.: 270,811, now belong to the Secured Party. Birth certificate number: ▮▮▮▮▮▮, social security number: ▮▮▮▮▮▮, CUSIP number: ▮▮▮▮▮▮, CUSIP Symbol: PARCX, Portfolio Assets: $16,070,210,000.00
UCC 3-306, UCC 3-306 (b), UCC 3-104, UCC 8-102, UCC 501, 12 U.S.C. Section 83, 16 CFR 433.2
Court Case Number: CV-23-01235-PHX-DLR, Value: $46,000,000.00.

See additional.

5. Check only if applicable and check only one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☒ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☒ Agricultural Lien | ☐ Non-UCC Filing |

7. **ALTERNATIVE DESIGNATION** (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. **OPTIONAL FILER REFERENCE DATA:**

(Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM    UCC-1Ad
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
DARRELL RAMON MUHAMMAD EL

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**    SUFFIX

MD DEPT. OF ASSESSMENTS & TAXATION

231020-1804001    NS

Date:    10/20/2023
Time:    6:04 PM
Page Count:    3 Pg
Debtor Count:    4
Filing Fees:    $25.00
Electronic Records Access:    $0.00
Total:    $25.00
Order ID#    66560936

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**
MOON VALLY JUSTICE COURT

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**    SUFFIX

**10c. MAILING ADDRESS**    18380 N 40TH ST    **CITY** PHOENIX    **STATE** AZ    **POSTAL CODE** 85032    **COUNTRY** US

**11.** ☒ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**
UNITED STATES DEPARTMENT OF THE TREASURY

OR

**11b. INDIVIDUAL'S SURNAME**    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**11c. MAILING ADDRESS**    1500 PENNSYLVANIA AVE NW    **CITY** WASHINGTON    **STATE** DC    **POSTAL CODE** 20220    **COUNTRY** US

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Court Case Number: CC 2023 205346EA, MOONVALLY JUSTICE COURT, 18380 N 40TH ST. PHOENIX AZ 85032, MARICOPA COUNTY, ARIZONA-Value:

With claim of all proceeds to secure collateral, along with claim of TRADE NAME/TRADEMARK, COPYRIGHT/PATENT of the names DARRELL RAMON NEWTON AND DARRELL RAMON MUHAMMAD EL my mind, my body, soul, spirit, of any Cestui Que Vie Trust/Estates mentioned under Cannon 2055-2059 and assignment of all debt obligations to the office of Secretary of the Treasury and T. Rowe Price Investments, to credit designated recipients and sellers of goods leases and services for discharge of all accepted charges in accordance to 31 U.S.C. 3123 and 12 U.S.C. 95 (A). Value Open-Ended Credit/Unlimited 15 U.S.C. 1637 (UCC 3-306) Held in Trust, agricultural lien, Public Finance transaction Optional notice: Lawful Notice AND DEMAND

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] [or recorded] in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☒ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

(Rev. 07/01/23)

# UCC-1AP

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
| --- |
| DARRELL RAMON MUHAMMAD EL |

OR

| 18b. INDIVIDUAL'S SURNAME | | | |
| --- | --- | --- | --- |
| FIRST PERSONAL NAME | | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

MD DEPT. OF ASSESSMENTS & TAXATION
231020-1804001 NS

Date: 10/20/2023
Time: 6:04 PM
Page Count: 3 Pg
Debtor Count: 4
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 66560936

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 401 W WASHINGTON ST | PHOENIX | AZ | 85003 | US |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

**24. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)
(Rev. 07/01/23)



23 OCT 19 PM 2:36

# DECLARATION OF SERVICE

Moon Valley Justice Court
18380 North 40th Street
Phoenix AZ 85032
County of MARICOPA

| | |
|---|---|
| CASE NO: | CC 2023-205346EA |
| COURT DATE: | 10/24/2023 |
| COURT TIME: | 02:30 PM |

MOON VALLEY JUSTICE COURT FILED

---

**PLAINTIFF:**
CRE LATITUDE TIC OWNER LLC
DBA LATITUDE APARTMENTS & CASITAS

**DEFENDANTS:**
DARRELL MUHAMMAD EL;JOHN AND JANE DOES I-X

1944 W THUNDERBIRD RD Apt W248
PHOENIX AZ 85023

---

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

DOCUMENT TYPE: **SUMMONS/COMPLAINT SPECIAL/FORCIBLE DETAINER/RESIDENTIAL EVICTION INFORMATION SHEET/INITIAL NOTICE/ LEDGER AND LEASE AGREEMENT/NOTICE OF VIRTUAL APPEARANCE**

PERSON(S) SERVED: DARRELL MUHAMMAD EL;JOHN AND JANE DOES I-X (Defendant)

PLACE OF SERVICE: POSTED AND MAILED CERTIFIED RETURN RECEIPT

1944 W THUNDERBIRD RD  APT. W248

PHOENIX AZ 85023

By delivering 2 SET(S) true copies to: DARRELL MUHAMMAD EL;JOHN AND JANE DOES I-X (Defendant)
AFTER ATTEMPTING PERSONAL SERVICE WITHIN ONE DAY OF ISSUANCE OF THE SUMMONS A COPY OF THE SUMMONS AND COMPLAINT WERE POSTED CONSPICUOUSLY AT THE MAIN ENTRANCE AND MAILED CERTIFIED RETURN RECEIPT REQUESTED

Notes:
CERTIFIED #:        9589 0710 5270 0507 0806 56

FILE #:            257392
REF #:             194699
DATE OF SERVICE:   10/17/2023
TIME OF SERVICE:   06:29 PM
NEXT STEP:         No Further Action

I declare under penalty of perjury that the foregoing is true and correct.
Signed on the 18th day of October, 2023

FEES:  $  50.00  Service Fee
       --------------------------
       $  50.00  Total

**DECLARANT'S SIGNATURE**
**LOUIS HANEY, JR.**
Process server licensed in MARICOPA #8395

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886